IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANNIE LIGONS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. CIV-16-184-HE |
| CITY OF OKLAHOMA CITY, a municipal corporation, et al., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs Jannie Ligons, Terri Morris, Carla Johnson, Kala Lyles & Shardayreon Hill shall file the original and one copy of the following Exhibit 14 to Plaintiffs' Motion to Alter or Amend Judgment in Favor of Defendant Brian Bennett (Doc. No. 197). *KOCO Chronicle Part 4: Were There Red Flags in Daniel Holtzclaw's Past?* - KOCO.COM (Apr. 5, 2016, 7:31 P.M.) (video).

This exhibit has not been filed electronically because its electronic file size exceeds 20 megabytes (MB). The exhibit will be conventionally served on all parties.

Respectfully submitted,

**RIGGS, ABNEY, NEAL, TURPEN,
   ORBISON & LEWIS, P.C.**

s/ Damario Solomon-Simmons
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
502 West 6th Street
Tulsa, Oklahoma 74119

1

(918) 587-3161—Office
(918) 587-9708—Fax
dsimmons@riggsabney.com
kheckenkemper@riggsabney.com

Melvin C. Hall, OBA # 3728
528 NW 12th Street
Oklahoma City, OK 73103
(405) 843-9909—Office
(405) 842-2913—Fax
mhall@riggsabney.com

**-and-**

**PARKS & CRUMP, LLC**

Benjamin L. Crump, FL Bar No. 72583
122 S. Calhoun Street
Tallahassee, Florida 32301
bcrump@parkscrump.com

***Attorneys for Plaintiffs Ligons, Hill, Johnson, Morris & Lyles***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I filed the above document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/ Damario Solomon-Simmons