```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4  JANNIE LIGONS, SHANDAYREON HILL,   )
    TABATHA BARNES, TERRI MORRIS,      )
 5  SYRITA BOWEN, CARLA JOHNSON,       )
    KALA LYLES,                        )
 6                                     )
              Plaintiffs,              )
 7                                     )No.
    vs.                                )CIV-16-184-HE
 8                                     )
    CITY OF OKLAHOMA CITY, a municipal )
 9  corporation, DANIEL HOLTZCLAW,     )
    BILL CITY, BRIAN BENNETT, ROCKY    )
10  GREGORY, JOHN AND JANE DOES, all   )
    in their individual capacity,      )
11                                     )
              Defendants.              )
12

13

14         VIDEOTAPED DEPOSITION OF BRIAN BENNETT

15          TAKEN ON BEHALF OF THE PLAINTIFFS

16              IN OKLAHOMA CITY, OKLAHOMA

17                ON SEPTEMBER 19, 2018

18

19       REPORTED BY:  KAREN B. JOHNSON, CSR

20

21

22

23

24

25
```

EXHIBIT 1

Page 63

1           THE WITNESS:  Because after having a
2   conversation with Ms. Campbell, it was apparent that
3   the circumstances was based on a use of force, I
4   conducted a use of force follow-up investigation,
5   which, based on the circumstances, was the most
6   appropriate.
7        Q    (By Mr. Solomon-Simmons)  Sir, let's look
8   at 143.
9        A    Okay.
10       Q    It says, "Each complaint or allegation of
11  misconduct by employee of Oklahoma City Police
12  Department."  We've already established that Daniel
13  Holtzclaw was an employee of the Oklahoma City
14  Police Department; correct?
15       A    Yes.
16       Q    This continues, says, "whether from a
17  private citizen or another employee."
18       A    Yes.
19       Q    We've already established that
20  Ms. Campbell was a private citizen; correct?
21       A    Yes.
22       Q    "It shall be fully investigated and the
23  results will be" -- "will be reported to both the
24  complaint" -- "complainant and the accused
25  employee," you see that?

Page 77

1   A   "And I said, 'Yes, I was asking him if he
2   would just tell me who he thought I was.  I told him
3   that I could have proven to him that I was not the
4   individual,' I said, 'But he wouldn't hear that.  He
5   wouldn't let me explain to him anything, he wouldn't
6   let me' -- I said, 'He wouldn't explain to me, he
7   wouldn't listen, he just' -- I said, 'He was
8   hateful.'  I said, 'And I don't deserve that.  He
9   was hateful, he was' -- I said, 'He's prejudiced
10  against' -- I said, 'he made me feel like trash.'  I
11  said, 'He was perverted.'"
12      Q   Okay.  All right.  Stop there.  I
13  understand we've already -- we've already
14  established that the only two people that were in
15  the room was you and Mrs. Campbell.
16      A   Uh-huh.
17      Q   But based on what she says here, that she
18  told you that she felt like Holtzclaw was
19  prejudiced; correct?
20      A   That's her testimony.
21      Q   Right.  That's her testimony.  And if she
22  felt like he was prejudiced, did you have a duty
23  to -- what are you supposed to do, as Oklahoma City
24  police officer, if a citizen complains that an
25  officer discriminated against them?

Page 78

1            MS. GOOCH:  Object to the form.
2            MS. KATZ:  Same objection.
3       Q    (By Mr. Solomon-Simmons)  Do you know?
4       A    If that happened, then that would be
5   something that I would report to my chain of
6   command.
7       Q    Now, when you say "if that happened,"
8   you're saying if the discriminatory act happened,
9   you will report it, is that -- is that what you're
10  saying, sir?
11      A    Any allegation or act of a discriminatory
12  nature would be reported to my chain of command.
13      Q    Okay.  And then the last portion that you
14  read, Mrs. Campbell -- Mrs. Campbell testified that
15  she told you that Mr. Holtz -- Daniel Holtzclaw was
16  perverted.
17      A    That's her testimony.
18      Q    And do you understand what it means when
19  someone says someone else is perverted?
20           MS. GOOCH:  Object to the form.
21           MS. KATZ:  Same objection.
22           THE WITNESS:  Are you asking for a
23  definition to the word?
24      Q    (By Mr. Solomon-Simmons)  One second.
25           THE WITNESS:  Mr. Smith, can you hand me

Page 79

1   that water bottle behind you?
2           MR. SMITH:  I can.
3           THE WITNESS:  Thank you.
4           MR. SMITH:  And I hope it doesn't tilt
5   like mine does.
6           THE WITNESS:  That's all right.
7           MR. SMITH:  Do you want a cold one?
8           THE WITNESS:  No, this is fine.
9           MR. SMITH:  Okay.
10      Q   (By Mr. Solomon-Simmons)  Let's go over to
11  Page 134, next page.
12      A   Okay.
13      Q   And I'll just read it just for the time.
14      A   Okay.
15      Q   "He said" --
16      A   What line are you starting on?
17      Q   Line 2.
18      A   Line 2, got you.
19      Q   "'He said'" I represent that Mrs. Campbell
20  is saying that you are the he, quote, "'I need more
21  detail from you what happened.  I," being
22  Mrs. Campbell, "I told him in detail what happened,
23  I said, quote, He was perverted while I was against
24  the wall.'  I said, 'He slammed my head against the
25  wall as hard as he could.'  I said, 'He was angry.'

```
 1   I said, 'And the one mistake that Oklahoma City has
 2   made is hiring him as an officer.  He does not
 3   deserve to be called one of Oklahoma City's finest.
 4   He's hateful.'"
 5           So, again, Mrs. Campbell states that she
 6   told you at least twice, this is her testimony, that
 7   Daniel Holtzclaw is perverted.
 8       A    That's her testimony.
 9       Q    And if Daniel Holtzclaw was perverted,
10   that would be a criminal act; correct?
11           MS. KATZ:  Object to the form.
12       Q   (By Mr. Solomon-Simmons)  Let me rephrase
13   that.  Perverted -- did a perverted act to
14   Mrs. Campbell, that would be against the law;
15   correct?
16           MS. KATZ:  Object to the form.
17           MS. GOOCH:  Object to the form.
18           THE WITNESS:  The definition of perverted
19   is open to interpretation, I guess it would be
20   dependent upon what the act was as to whether or not
21   it was criminal, what the hypothetical act.
22       Q   (By Mr. Solomon-Simmons)  Sure.  If the
23   act that she complained or testified that he placed
24   his erect penis against her buttocks for extended
25   period of time, would that be illegal for Daniel
```

1   Holtzclaw to do that to Mrs. Campbell while he was
2   on duty without her permission?
3          MS. GOOCH:  Did you say -- did you say
4   would that be legal or illegal?
5          MR. SOLOMON-SIMMONS:  Illegal.
6          MS. GOOCH:  Object to the form.
7          MS. KATZ:  Same objection.
8          THE WITNESS:  I guess that could be
9   illegal.
10     Q    (By Mr. Solomon-Simmons)  Is that an
11  allegation that should be reported up the chain of
12  command?
13     A    If that allegation had been made.
14     Q    Is that an allegation that should have
15  been investigated?
16     A    If an allegation like that had been made.
17     Q    And just -- you made a great point earlier
18  that perversion can have a certain different
19  definition, so this is Exhibit 4.
20          (Plaintiff's Exhibit Number 4 marked for
21           identification and made part of the
22           record)
23     Q    (By Mr. Solomon-Simmons)  Can you identify
24  for the record what this exhibit is, sir?
25     A    The title says "Perversion, Definition of