Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JANNIE LIGONS, SHANDAYREON HILL,)
TABATHA BARNES, TERRI MORRIS,   )
SYRITA BOWEN, CARLA JOHNSON,    )
KALA LYLES,                     )
                                )
         Plaintiffs,            )
                                )
-vs-                            ) CASE NO. CIV-16-184-HE
                                )
CITY OF OKLAHOMA CITY, a        )
municipal corporation,          )
DANIEL HOLTZCLAW, BILL CITTY,   )
BRIAN BENNETT, ROCKY GREGORY,   )
JOHN AND JANE DOES, all in      )
their individual capacity,      )
                                )
         Defendants.            )


VIDEOTAPED DEPOSITION OF

ARTHUR GREGORY

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON FEBRUARY 28, 2019


REPORTED BY:  TRENA K. BLOYE, CSR

Page 95

1   Q   Were you aware before today that Mr. Holtzclaw
2   was involved in a use of force incident on November 5th,
3   2013?
4             MR. SMITH:  You mean before he met with
5   his attorney?
6             MR. SOLOMON-SIMMONS:  I mean before
7   today.
8             MR. SMITH:  And don't answer anything
9   that we may have discussed.
10  A   I was aware of him possibly being in something
11  on that night.  I was on duty.
12  Q   (BY MR. SMITH)  You were on duty?
13  A   Yes.
14  Q   And you -- you became aware of it that evening?
15  A   Well, I don't know whether I became aware of
16  it.  I know there was a call for a lieutenant to go, and
17  Lt. Bennett took the call from me.
18  Q   What do you mean "took the call" from you?
19  A   He volunteered to go and deal with this
20  situation.
21  Q   He volunteered to go?
22  A   Yes.
23  Q   Okay.  So you recall when the call came in, the
24  call --
25  A   Not specifically.

Arthur Gregory                                    February 28, 2019

Page 96

```
 1     Q   So did you talk to Lt. Bennett about this
 2  incident?
 3     A   I don't remember particulars.  I'm sure I asked
 4  him if there was something I could do.  But, again, it's
 5  just a vague remembrance of that night.
 6     Q   Do you recall why he volunteered to take the
 7  call?
 8     A   I was on another incident and he was close
 9  to -- again, I -- I don't want to say, because I don't
10  know specifics about it, but he was close to where he
11  needed to go, closer than I was, and I was on another
12  incident.
13     Q   So did he call you and say, "Hey, I'll take
14  this call for you," or did you call him and say, "Can
15  you take this call?"
16     A   I believe it was done over the air.
17     Q   And what do you mean over the air?
18     A   He told dispatch that he would go.  I told him
19  I could do it as soon as I cleared off, and he said he'd
20  take care of it.
21     Q   Okay.
22     A   That's not verbatim.  I'm sorry.
23     Q   Sure.  No problem.  Now, so you would have
24  known it involved one of subordinates?
25     A   Yes.
```

Arthur Gregory												February 28, 2019

Page 100

1   with Mr. Holtzclaw in November of 2013?
2        A   Not that I remember, no.
3        Q   And you don't see the significance of -- do you
4   believe you should have been involved in this, these
5   discussions about your direct subordinate?
6              MR. SMITH:  Object to the form.
7        A   Based on the information in front of me it was
8   taken care of by the appropriate authorities.
9        Q   (BY MR. SMITH)  Okay.  So let's go to the next
10  page.  We will get to a stopping point soon.
11             So, obviously, this is the first time you've
12  seen this document; correct?
13       A   Yes.
14             MR. SMITH:  Object.  Other than with your
15  lawyers.
16       A   Yes.
17       Q   (BY MR. SOLOMON-SIMMONS) So when was the first
18  time you saw this document?
19       A   Um, I don't know.  It's --
20             MR. SMITH:  You don't need to give him a
21  date.  If it's with us, just tell him it's with your
22  lawyers.
23       A   With the attorney.
24       Q   (BY MR. SOLOMON-SIMMONS) Was it in 2014?
25       A   No.

Arthur Gregory                                               February 28, 2019

Page 101

```
 1      Q    2015?
 2      A    No.
 3      Q    2016?
 4      A    No.
 5      Q    2017?
 6      A    No.
 7      Q    2018?
 8      A    No.
 9      Q    So you saw this document in 2019?
10      A    I believe so.
11      Q    So you recognize this is a document of a lady
12   by the name of Demetria Campbell as she was giving her
13   story as transcribed by Lt. Brian Bennett?
14      A    Yes.
15      Q    Do you understand that?  Okay.  Do you recall
16   what all she -- the complaints that she made against
17   Mr. Holtzclaw as transcribed by Lt. Bennett?
18      A    No.
19      Q    Okay.  Do you want to take just a moment to
20   read it?
21           (The witness reviewed the document.)
22      A    Okay.
23      Q    Okay.  Are you finished reading that?
24      A    Yes.
25      Q    Okay.  Now, if you could read -- let's go to
```

Arthur Gregory                                                February 28, 2019

Page 157

1    Q   (BY MR. SOLOMON-SIMMONS) So you saw
2  Mr. Holtzclaw every day, so you could describe his
3  appearance; correct?
4    A   Yes.
5    Q   Would you agree that Mr. Holtzclaw had black
6  hair at the time he was your subordinate?
7    A   I believe that's correct.
8    Q   Would you agree that Mr. Holtzclaw was clean
9  shaven at the time he was your subordinate?
10   A   Yes.
11   Q   Would you agree that Mr. Holtzclaw was a stocky
12 build in the time he was your subordinate?
13   A   Yes.
14   Q   Would you agree that Mr. Holtzclaw was clean
15 shaven at the time he was your subordinate?
16   A   You've asked that; but, yes.
17   Q   Did I ask that?  Would you agree that
18 Mr. Holtzclaw could be described as a dark skinned white
19 male?
20   A   That was not my impression of him, so I don't
21 know what someone else would have described him as.
22   Q   What was your impression?
23   A   He was Caucasian.
24   Q   Okay.  Would you describe it as being a tanned
25 Caucasian?

Page 158

```
 1                MR. SMITH:  Object to the form.
 2       A    I don't know.
 3       Q    (BY MR. SOLOMON-SIMMONS) Okay.
 4       A    I don't know that I have an opinion.  Like I
 5   said, he's Caucasian.  He didn't seem any more tan or
 6   less tan than anyone else.
 7       Q    Okay.  And obviously you would consider him to
 8   be a male.
 9       A    Yes.
10       Q    In your opinion as your subordinate was
11   Mr. Holtzclaw, did he follow -- strike that.
12            Was Mr. Holtzclaw good about following OCPD
13   policies and procedures in your opinion?
14       A    To the best of my knowledge, yes.
15       Q    And you would have the best -- you would be the
16   best person to know if he followed policies and
17   procedures; correct?
18       A    Yes.
19       Q    And why is that?
20       A    For the time that he worked for me I was
21   directly responsible for him.
22       Q    Do you have any complaints about how
23   Mr. Holtzclaw conducted his police work underneath your
24   leadership?
25       A    That's such a broad question there is no way to
```