| | |
|---|---|
| From: | Jennings, Brian D |
| To: | Gregory, Arthur H |
| Cc: | Patten, William F |
| Subject: | FW: EIP Notification |
| Date: | Monday, March 17, 2014 9:04:00 AM |
| Attachments: | Holtzclaw 1782 Annual.pdf |
| | image003.png |

Arthur, please handle.  Thanks

Major Brian Jennings
Oklahoma City Police Department
Springlake Division
4116 N. Prospect
Oklahoma City, Ok 73111
405-316-4891 – office
405-███████ – cell



**From:** Boxwell, Ryan M
**Sent:** Thursday, March 13, 2014 9:12 AM
**To:** Jennings, Brian D
**Subject:** EIP Notification

Major,

Attached you will find a quarterly EIP notification for **Chris Spillman 1330** and annual notifications for **Robert Burton 1691 and Daniel Holtzclaw 1782**. If you have any questions please feel free to contact myself or Captain Allen.


LT. RYAN BOXWELL
OFFICE OF PROFESSIONAL STANDARDS
405-316-5186
RYAN.BOXWELL@OKC.GOV

"What we do in life, echoes in eternity"

OKC 6222



# MEMORANDUM
The City of
**OKLAHOMA CITY**
Police Department

TO:       Brian Jennings, Major
          Springlake Division

FROM:     Vance Allen, Captain
          Office of Professional Standards

          Bo Matthews, Captain
          Office of Professional Standards

DATE:     March 11, 2014

SUBJECT:  Early Intervention (EIP) Notification – 2013 Annual Report

Records indicate **Officer Daniel Holtzclaw 1782**, of Springlake Division second shift, has been identified as meeting the established threshold for identification in the Annual Early Intervention Program review for calendar year of 2013.

In accordance with the procedures set forth in the EIP guidelines, the employee's immediate supervisor and chain of command will assist in the analysis of any employee identified as qualifying for EIP. The analysis will consist of a collective review of the incidents as documented in the EIP report and, if necessary, the investigative files maintained in the Office of Professional Standards. The analysis report will include the supervisor's findings and conclusions based on the review of each incident and/or complaint and a recommended disposition.

**All report summaries should be forwarded to the Office of Professional Standards by April 15, 2014.** You are reminded that all investigative files are maintained in the Office of Professional Standards and available for an in-house review by the supervisor preparing the EIP report upon request.

If you have any questions, please contact me at 316-4273.

# CONFIDENTIAL PERSONNEL INFORMATION
Oklahoma City Police Department - Internal Affairs Unit - Officer Summary Report

Date Range - From: 1/1/2013   To: 12/31/2013
Comm #: 1782          Employee's Name: HOLTZCLAW, DANIEL K
Assigned to: OSL - PTRL S2(OSL)


11/7/2013     Type: Use of Force       File Page: 13.635     Division: -
Case #: 13-095440         Force Type: UOF          Supervisor: SORRELS, RYAN PAUL
Disposition: No Further Action       Inv Person: MACON, BILLY    B/M    11/20/1960
# Other Ofcrs Inv:-1
Notes: DOMESTIC ABUSE; IWOP-RESISTING; A&B; PUB;IC DRUNKENESS; TRESPASSING

11/5/2013     Type: Use of Force       File Page: 13.634     Division: -
Case #: 13-093984         Force Type: UOF          Supervisor: BENNETT, BRIAN KYLE
Disposition: No Further Action       Inv Person: CAMPBELL, DEMETRIA    B/F    3/9/1970
# Other Ofcrs Inv:-1
Notes: NONE

9/30/2013     Type: Administrative     File Page: 13.155     Division: -
Case #: 13-040891         Force Type:              Supervisor: PATTEN, WILLIAM F
Disposition: Remedial Training       Inv Person: .,    /
# Other Ofcrs Inv:-1
Notes: PURSIOT VIOL/SUSTAINED

9/17/2013     Type: Use of Force       File Page: 13.534     Division: -
Case #: 13-079044         Force Type: UOF          Supervisor: BULL, AVEN H
Disposition: No Further Action       Inv Person: WILLIAMS, SHELTON    B/M    8/17/1971
# Other Ofcrs Inv:-1
Notes: A&B ON OFFICER/CDS WARRANT

9/3/2013      Type: Use of Force       File Page: 13.507     Division: -
Case #: 13-074994         Force Type: UOF          Supervisor: CONIGLIONE, ROBERT A
Disposition: No Further Action       Inv Person: SMITH, DAVID    W/M    3/23/1962
# Other Ofcrs Inv: 3    1518 - COLVARD; 1753 - KLEEHAMMER;
1488 - GILMORE;
Notes: ADW WITH VEHICLE ON OFFICER

8/1/2013      Type: Use of Force       File Page: 13.457     Division: -
Case #: 13-064120         Force Type: UOF          Supervisor: CONIGLIONE, ROBERT A
Disposition: No Further Action       Inv Person: JOHNSON, JONATHAN    B/M    7/23/1981
# Other Ofcrs Inv: 2    1488 - GILMORE; 1629 - BUSCH;
Notes: BECKHAM/MAJOR COUNTY WARRANTS AND TRAFFIC CHARGES

OKC 6224

7/22/2013     Type: Use of Force     File Page: 13.413     Division: -
Case #: 13-060820     Force Type: UOF     Supervisor: CONIGLIONE, ROBERT A
Disposition: No Further Action     Inv Person: TATE, GUS     W/M     11/17/1986
# Other Ofcrs Inv: 4     0755 - SHARP; 1666 - GRIMES; 1753 - KLEEHAMMER;
1488 - GILMORE;
Notes: AGGRAV A&B ON OFFICER

6/24/2013     Type: Use of Force     File Page: 13.388     Division: -
Case #: 13-053286     Force Type: UOF     Supervisor: CONIGLIONE, ROBERT A
Disposition: No Further Action     Inv Person: WILSON, BRANDON     B/M     1/1/1986
# Other Ofcrs Inv: 3     1532 - WALDON; 1697 - CASTLEBURY;
1518 - COLVARD;
Notes: POSS F/A AFCF; POSS F/A IN COMM OF FELONY; POSS MAR W/INTENT

5/14/2013     Type: Use of Force     File Page: 13.212     Division: -
Case #: 13-039710     Force Type: UOF     Supervisor: CONIGLIONE, ROBERT A
Disposition: No Further Action     Inv Person: SMITH, JEREL     B/M     6/29/1995
# Other Ofcrs Inv: 1     1762 - CALLAWAY;
Notes: A&B ON OFFICE AND RESISTING ARREST

5/10/2013     Type: Use of Force     File Page: 13.207     Division: -
Case #: 13-038459     Force Type: UOF     Supervisor: CONIGLIONE, ROBERT A
Disposition: No Further Action     Inv Person: SALAZAR, JESUS     M/M     9/24/1988
# Other Ofcrs Inv: 4     1221 - BALDERRAMA; 1753 - KLEEHAMMER;
1629 - BUSCH; 1697 - CASTLEBURY;
Notes: A&B ON OFFICER; DUI; TRAFFIC CHARGES

4/27/2013     Type: Use of Force     File Page: 13.177     Division: -
Case #: 13-034072     Force Type: UOF     Supervisor: STEINER, DAVID KENNETH
Disposition: No Further Action     Inv Person: MURPHY, CHARLES     B/M     5/24/1993
# Other Ofcrs Inv: 2     1691 - BURTON; 1781 - DUTTON;
Notes: A&B ON OFFICER; A&B; PUBLIC DRUNK; DESTRUCTION OF PROP

4/3/2013     Type: Use of Force     File Page: 13.184     Division: -
Case #: 13-026670     Force Type: uof     Supervisor: BULL, AVEN H
Disposition: No Further Action     Inv Person: MOORE, MILTON     B/M     9/15/1981
# Other Ofcrs Inv: 5     1225 - BUCHANAN; 1539 - ZECKSER;
1033 - WILLIAMS; 1621 - PITTS; 1636 - BULLARD;
Notes: TRAFFICKING CDS; A&B ON OFFICER; RESISTING ARREST