OKC008866

# Oklahoma City Police Department

## Internal Investigations

Office of Professional Standards
William Citty, Chief of Police

Exhibit 6

# EIP Supervisor's Responsibilities

- Procedure 148.30
- Conducts a review and analysis of the officer's past performance
- Can review I.A. files for report
- Prepares a written summary of the findings
- Report contains a detailed summary of each individual incident.
- Assessment will be a collective review of the incidents.
- Forwards report and recommendation through chain of command.
- No recommendations for disciplinary action, transfer, etc.

OKCPD3897

# EIP Supervisor's Responsibilities (Cont.)

Review and Analysis may point out:

- alternatives the officer had at the time of the incident.
- training issues (lack of or need for)
- similarities in incidents
- other indicators of possible stress
- any developing trends or patterns.

OKC008898

# Summary

- The Office of Professional Standards facilitates the Early Intervention Program.

- The Early Intervention Program is not a new program. It has been in place in most major police departments.

- The Early Intervention Program is not a second chance opportunity to change the disposition of previous UOF, Complaints, or Administrative investigations.

- EIP reports are a collective look at past UOF, Complaints, and Admin. Investigations.

- The EIP is not a disciplinary program.

OKC008899