NFORMATION,  *3rd Amended*   Case#: CF14005869

IN THE DISTRICT COURT, IN AND FOR OKLAHOMA COUNTY, STATE OF OKLAHOMA

State of Oklahoma ) PLAINTIFF, )
VS. ) FILED IN DISTRICT COURT
*1027858504* ) OKLAHOMA COUNTY
**DANIEL K HOLTZCLAW** )
) NOV 19 2014
) TIM RHODES
DEFENDANT. ) COURT CLERK

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA, COMES NOW **DAVID W. PRATER** THE DULY ELECTED, QUALIFIED AND ACTING DISTRICT ATTORNEY IN AND FOR OKLAHOMA COUNTY, DISTRICT NO. 7, STATE OF OKLAHOMA, AND ON HIS OFFICIAL OATH INFORMS THE DISTRICT COURT THAT

COUNT 1: ON OR ABOUT THE 27TH DAY OF FEBRUARY, 2014, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND FELT THE BODY OR PRIVATE PARTS OF T.B., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS AND WITHOUT THE CONSENT OF T.B., TO-WIT: BY DANIEL K. HOLTZCLAW TOUCHING THE BARE BREASTS OF T.B. WITH HIS HAND WITHOUT HER CONSENT AFTER DANIEL K. HOLTZCLAW HAD DETAINED HER, CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 2: ON OR ABOUT THE 14TH DAY OF MARCH, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO, WILLFULLY AND LEWDLY DIRECTED, PROCURED, AND/OR COUNSELED C.R., TO EXPOSE HER BARE BREASTS TO THE VIEW OF DANIEL K. HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021(A)(2) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 3: ON OR ABOUT THE 25TH DAY OF MARCH, 2014, A.D., THE CRIME OF BURGLARY IN THE FIRST DEGREE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, BROKE AND ENTERED THE DWELLING HOUSE OF T.B. LOCATED AT 1530 N.E. 15TH STREET, OKLAHOMA CITY, WHILE TERRY WAYNE WILLIAMS WAS INSIDE THE HOUSE, BY THE DEFENDANT OPENING A CLOSED DOOR AND WITH THE INTENT TO COMMIT EITHER STALKING, PROCURING LEWD EXHIBITION AND/OR SOME OTHER SEXUAL ASSAULT ON T.B., ALL IN VIOLATION OF TITLE 21, SECTION 1431 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 4: ON OR ABOUT THE 25TH DAY OF MARCH, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY AND LEWDLY DIRECTED, PROCURED, AND/OR COUNSELED T.B., TO EXPOSE HER BARE BREASTS TO THE VIEW OF DANIEL K.

NFORMATION  Case#: CF14005869

---

HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021(A)(2) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 5: ON OR ABOUT THE 25TH DAY OF MARCH, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY AND LEWDLY DIRECTED, PROCURED, AND/OR COUNSELED T.B., TO EXPOSE HER BARE VAGINA TO THE VIEW OF DANIEL K. HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021A)(2) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 6: ON OR ABOUT THE 26TH DAY OF MARCH, 2014, A.D., THE CRIME OF STALKING WAS UNLAWFULLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, MALICIOUSLY, AND/OR REPEATEDLY FRIGHTENED, INTIMIDATED, THREATENED, HARASSED, AND/OR MOLESTED T.B., HEREBY CAUSING T.B. TO FEEL FRIGHTENED, INTIMIDATED, THREATENED, HARASSED, AND/OR MOLESTED, BY AGAIN APPEARING AT HER HOUSE FOLLOWING TWO PRIOR SEXUAL ASSAULTS AND THREATENING T.B., BY EXPRESSED OR IMPLIED THREATS, WITH FUTURE SEXUAL ASSAULTS, FUTURE ARREST FOR OUTSTANDING WARRANTS, AND/OR PHYSICAL HARM, CONTRARY TO THE PROVISIONS OF SECTION 1173 OF TITLE 21 OF THE OKLAHOMA STATUTES AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 7: ON OR ABOUT THE 14TH DAY OF APRIL, 2014, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND/OR FELT THE BODY OR PRIVATE PARTS OF F.M., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS AND WITHOUT THE CONSENT OF F.M., TO-WIT: BY DANIEL K. HOLTZCLAW TOUCHING THE BREASTS OF F.M. WITH HIS HAND AND OVER HER CLOTHING, WIHTOUT HER CONSENT, AND AFTER DANIEL K. HOLTZCLAW HAD DETAINED F.M., CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 8: ON OR ABOUT THE 24TH DAY OF APRIL, 2014, A.D., THE CRIME OF FORCIBLE ORAL SODOMY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, UNLAWFULLY, AND FELONIOUSLY COMMITTED THE DETESTABLE AND ABOMINABLE CRIME AGAINST NATURE WITH ONE R.G., BY HAVING UNNATURAL CARNAL COPULATION BY MOUTH WITH R.G., BY FORCING R.G. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE MOUTH OF R.G., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, CONTRARY TO THE PROVISIONS OF SECTION 888 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT 9: ON OR ABOUT THE 24TH DAY OF APRIL, 2014, A.D., THE CRIME OF RAPE IN THE FIRST DEGREE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO WILLFULLY, KNOWINGLY, AND BY MEANS OF FORCE, OR THREATS OF FORCE, ACCOMPANIED BY APPARENT POWER OF EXECUTION, THEREOF TO R.G., ACCOMPLISHED SEXUAL INTERCOURSE WITH R.G., TO-WIT: BY

|  |  |
|---|---|
|  | DANIEL K. HOLTZCLAW HAVING SEXUAL INTERCOURSE BY FORCING R.G. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE VAGINA OF R.G., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, AGAINST R.G.'S. WILL AND WITHOUT R.G.'S CONSENT, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 10 : ON OR ABOUT THE 7TH DAY OF MAY, 2014, A.D., THE CRIME OF FORCIBLE ORAL SODOMY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, UNLAWFULLY, AND FELONIOUSLY COMMITTED THE DETESTABLE AND ABOMINABLE CRIME AGAINST NATURE WITH ONE S.E., BY HAVING UNNATURAL CARNAL COPULATION BY MOUTH WITH S.E., BY FORCING S.E.. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE MOUTH OF S.E., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, CONTRARY TO THE PROVISIONS OF SECTION 888 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA |
| COUNT | 11 : ON OR ABOUT THE 7TH DAY OF MAY, 2014, A.D., THE CRIME OF RAPE IN THE FIRST DEGREE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, KNOWINGLY AND BY MEANS OF FORCE, OR THREATS OF FORCE, ACCOMPANIED BY APPARENT POWER OF EXECUTION THEREOF TO S.E., ACCOMPLISHED SEXUAL INTERCOURSE WITH S.E., TO-WIT: BY DANIEL K. HOLTZCLAW HAVING SEXUAL INTERCOURSE BY FORCING S.E.. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE VAGINA OF S.E., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, AGAINST S.E.'S WILL AND WITHOUT S.E.'S CONSENT, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 12 : ON OR ABOUT THE 8TH DAY OF MAY, 2014, A.D., THE CRIME OF FORCIBLE ORAL SODOMY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, UNLAWFULLY, AND FELONIOUSLY COMMITTED THE DETESTABLE AND ABOMINABLE CRIME AGAINST NATURE WITH ONE T.M., BY HAVING UNNATURAL CARNAL COPULATION BY MOUTH WITH T.M., BY FORCING T.M.. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE MOUTH OF T.M., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, CONTRARY TO THE PROVISIONS OF SECTION 888 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 13 : ON OR ABOUT THE 26TH DAY OF MAY, 2014, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND/OR FELT THE BODY OR PRIVATE PARTS OF C.J., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS AND WITHOUT THE CONSENT OF C.J., TO-WIT: BY DANIEL K. HOLTZCLAW TOUCHING THE BREASTS OF C.J. WITH HIS HAND AND UNDER HER CLOTHING, WIHTOUT HER CONSENT, AFTER DANIEL K. HOLTZCLAW HAD DETAINED C.J., CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |

| NFORMATION | Case#: | CF14005869 |
|---|---|---|

COUNT  14 :  ON OR ABOUT THE 26TH DAY OF MAY, 2014, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND/OR FELT THE BODY OR PRIVATE PARTS OF C.J., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS AND WITHOUT THE CONSENT OF C.J., TO-WIT: BY DANIEL K. HOLTZCLAW TOUCHING THE VAGINA AND PUBIC AREA OF C.J. WITH HIS HAND UNDER THE CLOTHES, WITHOUT HER CONSENT, AND AFTER THE DEFENDANT HAD DETAINED C.J., CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT  15 :  ON OR ABOUT THE 18TH DAY OF JUNE, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY AND LEWDLY EXPOSED, DIRECTED, PROCURED, AND/OR COUNSELED J.L., TO EXPOSE HER BARE BREASTS TO THE VIEW OF DANIEL K. HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA

COUNT  16 :  ON OR ABOUT THE 18TH DAY OF JUNE, 2014, A.D., THE CRIME OF FORCIBLE ORAL SODOMY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO WILLFULLY, UNLAWFULLY, AND FELONIOUSLY COMMITTED THE DETESTABLE AND ABOMINABLE CRIME AGAINST NATURE WITH ONE J.L, BY HAVING UNNATURAL CARNAL COPULATION BY MOUTH WITH J.L., BY FORCING J.L. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE MOUTH OF J.L., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, CONTRARY TO THE PROVISIONS OF SECTION 888 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA.

COUNT  17 :  ON OR ABOUT THE 18TH DAY OF JUNE, 2014, A.D., THE CRIME OF FORCIBLE ORAL SODOMY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, UNLAWFULLY, AND FELONIOUSLY COMMITTED THE DETESTABLE AND ABOMINABLE CRIME AGAINST NATURE WITH ONE K.L., BY HAVING UNNATURAL CARNAL COPULATION BY MOUTH WITH K.L., BY FORCING K.L.. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE MOUTH OF K.L., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, CONTRARY TO THE PROVISIONS OF SECTION 888 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA

COUNT  18 :  ON OR ABOUT THE 18TH DAY OF JUNE, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY AND LEWDLY EXPOSED, DIRECTED, PROCURED, AND/OR COUNSELED K.L., TO EXPOSE HER BARE BREASTS TO THE VIEW OF DANIEL K. HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA

COUNT  19 :  ON OR ABOUT THE 18TH DAY OF JUNE, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN

|  |  |
|---|---|
|  | OKLAHOMA CITY POLICE OFFICER, WILLFULLY AND LEWDLY EXPOSED, DIRECTED, PROCURED, AND/OR COUNSELED K.L., TO EXPOSE HER VAGINA TO THE VIEW OF DANIEL K. HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021(A)(2) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA |
| COUNT | 20 : ON OR ABOUT THE 18TH DAY OF JUNE, 2014, A.D., THE CRIME OF RAPE IN THE FIRST DEGREE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, KNOWINGLY AND BY MEANS OF FORCE, OR THREATS OF FORCE, ACCOMPANIED BY APPARENT POWER OF EXECUTION THEREOF TO K.L., ACCOMPLISHED SEXUAL INTERCOURSE WITH K.L., TO-WIT: BY DANIEL K. HOLTZCLAW HAVING SEXUAL INTERCOURSE BY FORCING K.L.. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE VAGINA OF K.L., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, AGAINST K.L.'S WILL AND WITHOUT K.L.'S CONSENT, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 21 : ON OR ABOUT THE 20TH DAY OF DECEMBER, 2013, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BYDANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND FELT THE BODY OR PRIVATE PARTS OF S.H., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS, TO-WIT: BY DANIEL K. HOLTZCLAW, WHILE ACTING AS AN EMPLOYED OKLAHOMA CITY POLICE OFFICER, TOUCHING THE BREAST OF S.H. OVER HER HOSPITAL GOWN WITH HIS HAND, WHILE S.H. WAS UNDER ARREST AND UNDER THE LEGAL CUSTODY, SUPERVISION, OR AUTHORITY OF THE OKLAHOMA CITY POLICE DEPARTMENT AND/OR DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 22 : ON OR ABOUT THE 20TH DAY OF DECEMBER, 2013, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BYDANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND FELT THE BODY OR PRIVATE PARTS OF S.H., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS, TO-WIT: BY DANIEL K. HOLTZCLAW, WHILE ACTING AS AN EMPLOYED OKLAHOMA CITY POLICE OFFICER, TOUCHING THE BREAST OF S.H. OVER HER HOSPITAL GOWN WITH HIS HAND, WHILE S.H. WAS UNDER ARREST AND UNDER THE LEGAL CUSTODY, SUPERVISION, OR AUTHORITY OF THE OKLAHOMA CITY POLICE DEPARTMENT AND/OR DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 23 : ON OR ABOUT THE 20TH DAY OF DECEMBER, 2013, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BYDANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND FELT THE BODY OR PRIVATE PARTS OF S.H., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS, TO-WIT: BY DANIEL K. HOLTZCLAW, WHILE ACTING AS AN EMPLOYED OKLAHOMA CITY POLICE OFFICER, TOUCHING THE BREAST OF S.H. OVER HER HOSPITAL GOWN WITH HIS HAND, WHILE S.H. WAS UNDER ARREST AND UNDER THE LEGAL CUSTODY, |

|  |  |
|---|---|
|  | SUPERVISION, OR AUTHORITY OF THE OKLAHOMA CITY POLICE DEPARTMENT AND/OR DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT 24 : | ON OR ABOUT THE 20TH DAY OF DECEMBER, 2013, A.D., THE CRIME OF FORCIBLE ORAL SODOMY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING AS AN EMPLOYED OKLAHOMA CITY POLICE OFFICER AND WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, UNLAWFULLY, AND FELONIOUSLY COMMITTED THE DETESTABLE AND ABOMINABLE CRIME AGAINST NATURE WITH ONE S.H., BY HAVING UNNATURAL CARNAL COPULATION BY MOUTH WITH S.H., BY DANIEL K. HOLTZCLAW PLACING HIS PENIS IN THE MOUTH OF S.H., WHILE SHE WAS UNDER ARREST AND UNDER THE LEGAL CUSTODY, SUPERVISION, OR AUTHORITY OF THE OKLAHOMA CITY POLICE DEPARTMENT AND/OR DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 888 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA |
| COUNT 25 : | ON OR ABOUT THE 20TH DAY OF DECEMBER, 2013, A.D, THE CRIME OF RAPE IN THE SECOND DEGREE BY INSTRUMENTATION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WILLFULLY AND KNOWINGLY, ACCOMPLISHED RAPE IN THE SECOND DEGREE BY INSTRUMENTATION ON THE PERSON OF S.H. IN THAT CERTAIN HUMAN BODY PARTS WERE USED, SPECIFICALLY: BY DANIEL K. HOLTZCLAW, WHILE ACTING AS AN EMPLOYED OKLAHOMA CITY POLICE OFFICER AND WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, PLACED HIS FINGERS INTO THE VAGINA OF S.H. WHILE SHE WAS UNDER ARREST AND UNDER THE CUSTODY, SUPERVISION, OR AUTHORITY OF THE OKLAHOMA CITY POLICE DEPARTMENT AND/OR DANIEL K. HOLTZCLAW, IN THE CARNAL KNOWLEDGE OF S.H., AND THAT PENETRATION OF THE VAGINA OCCURRED, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA |
| COUNT 26 : | ON OR ABOUT OR BETWEEN THE 9TH DAY OF JANUARY, 2014 AND THE 31ST DAY OF JANUARY, 2014, A.D., THE CRIME OF INDECENT EXPOSURE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE AT A PLACE WHERE THERE WAS SOMEONE TO BE OFFENDED OR ANNOYED THEREBY, WILLFULLY AND LEWDLY EXPOSED HIS PENIS TO S.H., CONTRARY TO THE PROVISIONS OF SECTION 1021 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA |
| COUNT 27 : | ON OR ABOUT THE 21ST DAY OF MAY, 2014, A.D., THE CRIME OF FORCIBLE ORAL SODOMY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WILLFULLY, UNLAWFULLY, AND FELONIOUSLY COMMITTED THE DETESTABLE AND ABOMINABLE CRIME AGAINST NATURE WITH ONE S.B., BY HAVING UNNATURAL CARNAL COPULATION BY MOUTH WITH S.B., BY FORCING S.B. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE MOUTH OF S.B., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, CONTRARY TO THE PROVISIONS OF SECTION 888 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT 28 : | ON OR ABOUT THE 21ST DAY OF MAY, 2014, A.D., THE CRIME OF RAPE IN THE FIRST DEGREE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO WILLFULLY, KNOWINGLY, AND BY MEANS OF |

|  |  |
|---|---|
|  | FORCE, OR THREATS OF FORCE, ACCOMPANIED BY APPARENT POWER OF EXECUTION, THEREOF TO S.B., ACCOMPLISHED SEXUAL INTERCOURSE WITH S.B., TO-WIT: BY DANIEL K. HOLTZCLAW HAVING SEXUAL INTERCOURSE BY FORCING S.B. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE VAGINA OF S.B., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, AGAINST S.B.'S WILL AND WITHOUT S.B.'S CONSENT, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 29: ON OR ABOUT THE 25TH DAY OF APRIL, 2014, A.D., THE CRIME OF RAPE IN THE FIRST DEGREE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO WILLFULLY, KNOWINGLY, AND BY MEANS OF FORCE, OR THREATS OF FORCE, ACCOMPANIED BY APPARENT POWER OF EXECUTION, THEREOF TO R.C., ACCOMPLISHED SEXUAL INTERCOURSE WITH R.C., TO-WIT: BY DANIEL K. HOLTZCLAW HAVING SEXUAL INTERCOURSE BY FORCING R.C. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE VAGINA OF R.C., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED, IF SHE DID NOT COMPLY, AGAINST R.C.'S WILL AND WITHOUT R.C.'S CONSENT, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 30: ON OR ABOUT THE 17TH DAY OF JUNE, 2014, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND/OR FELT THE BODY OR PRIVATE PARTS OF A.G., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS AND WITHOUT THE CONSENT OF A.G., TO-WIT: BY DANIEL K. HOLTZCLAW TOUCHING THE BREASTS OF A.G. WITH HIS HAND, WIHTOUT HER CONSENT, AND AFTER DANIEL K. HOLTZCLAW HAD DETAINED A.G., CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 31: ON OR ABOUT THE 17TH DAY OF JUNE, 2014, A.D, THE CRIME OF RAPE IN THE SECOND DEGREE BY INSTRUMENTATION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW, WHO, WILLFULLY AND KNOWINGLY, ACCOMPANIED BY APPARENT POWER OF EXECUTION, ACCOMPLISHED RAPE IN THE SECOND DEGREE BY INSTRUMENTATION ON THE PERSON OF A.G. IN THAT CERTAIN HUMAN BODY PARTS WERE USED, SPECIFICALLY: BY PUTTING HIS FINGER IN THE VAGINA OF A.G. WHILE A.G. WAS BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR IMPLIED IF SHE DID NOT COMPLY, BY DANIEL K. HOLTZCLAW, AGAINST A.G.'S WILL AND WITHOUT HER CONSENT, AND THAT PENETRATION OF THE VAGINA OCCURRED, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA |
| COUNT | 32: ON OR ABOUT THE 17TH DAY OF JUNE, 2014, A.D., THE CRIME OF RAPE IN THE FIRST DEGREE WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY BY DANIEL K. HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO WILLFULLY, KNOWINGLY, AND BY MEANS OF FORCE, OR THREATS OF FORCE, ACCOMPANIED BY APPARENT POWER OF EXECUTION, THEREOF TO A.G., ACCOMPLISHED SEXUAL INTERCOURSE WITH A.G., TO-WIT: BY DANIEL K. HOLTZCLAW HAVING SEXUAL INTERCOURSE BY FORCING A.G. TO ALLOW DANIEL K. HOLTZCLAW TO PLACE HIS PENIS IN THE VAGINA OF A.G., WHILE BEING THREATENED WITH ARREST AND/OR PHYSICAL HARM, EITHER EXPRESSLY OR |

|  |  |
|---|---|
|  | IMPLIED, IF SHE DID NOT COMPLY, AGAINST A.G.'S. WILL AND WITHOUT A.G.'S CONSENT, CONTRARY TO THE PROVISIONS OF SECTION 1111 AND 1114 OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 33 : ON OR ABOUT THE 7TH DAY OF MAY, 2014, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND FELT THE BODY OR PRIVATE PARTS OF S.E., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS AND WITHOUT THE CONSENT OF S.E., TO-WIT:  BY DANIEL K. HOLTZCLAW TOUCHING THE BARE BREASTS OF S.E. WITH HIS HANDS WITHOUT HER CONSENT AFTER DANIEL K. HOLTZCLAW HAD DETAINED HER, CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 34 : ON OR ABOUT THE 7TH DAY OF MAY, 2014, A.D., THE CRIME OF SEXUAL BATTERY WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K HOLTZCLAW, WHO, WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, KNOWINGLY AND INTENTIONALLY TOUCHED AND/OR FELT THE BODY OR PRIVATE PARTS OF S.E., IN A LEWD AND LASCIVIOUS MANNER AND IN A MANNER CALCULATED TO AROUSE AND EXCITE SEXUAL INTERESTS AND WITHOUT THE CONSENT OF S.E., TO-WIT: BY  DANIEL K. HOLTZCLAW TOUCHING THE VAGINA AND/OR VAGINA AREA OF S.E. WITH HIS HAND UNDER THE CLOTHES, WITHOUT HER CONSENT, AND AFTER THE DEFENDANT HAD DETAINED S.E., CONTRARY TO THE PROVISONS OF SECTION 1123(B) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 35 : ON OR ABOUT THE 8TH DAY OF MAY, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO, WILLFULLY AND LEWDLY DIRECTED, PROCURED, AND/OR COUNSELED T.M., TO EXPOSE HER VAGINA TO THE VIEW OF DANIEL K. HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021(A)(2) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |
| COUNT | 36 : ON OR ABOUT THE 8TH DAY OF MAY, 2014, A.D., THE CRIME OF PROCURING LEWD EXHIBITION WAS FELONIOUSLY COMMITTED IN OKLAHOMA COUNTY, OKLAHOMA, BY DANIEL K. HOLTZCLAW WHILE ACTING UNDER THE AUTHORITY OF AN OKLAHOMA CITY POLICE OFFICER, WHO, WILLFULLY AND LEWDLY DIRECTED, PROCURED, AND/OR COUNSELED T.M., TO EXPOSE HER BARE BREASTS TO THE VIEW OF DANIEL K. HOLTZCLAW FOR THE PURPOSE OF SEXUAL STIMULATION OF DANIEL K. HOLTZCLAW, CONTRARY TO THE PROVISIONS OF SECTION 1021(A)(2) OF TITLE 21 OF THE OKLAHOMA STATUTES, AND AGAINST THE PEACE AND DIGNITY OF THE STATE OF OKLAHOMA. |

NFORMATION

Case#:  CF14005869

DAVID W. PRATER
DISTRICT ATTORNEY, DISTRICT NO. 7
OKLAHOMA COUNTY, OKLAHOMA

BY _____
ASSISTANT DISTRICT ATTORNEY

| | Case#: | CF14005869 |
|---|---|---|

NFORMATION

I HAVE EXAMINED THE FACTS IN THIS CASE AND RECOMMEND THAT A WARRANT DO ISSUE, (22 O.S.: 231).

DAVID W. PRATER
DISTRICT ATTORNEY, DISTRICT NO. 7
OKLAHOMA COUNTY, OKLAHOMA

BY _____
ASSISTANT DISTRICT ATTORNEY

## NAME OF WITNESSES

CYNTHIA ELISE ADCOX
2317 N MERIDIAN AVE APT 18
OKLAHOMA CITY, OK  73127

STEPHANIE ALEXANDER
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

JAMES ANTHONY ANDERSON
10201 NW HASLEY PLACE
OKLAHOMA CITY, OK  73114

A ARGO
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

A B
320  ROBERT S KERR
OKLAHOMA CITY, OK  73102

S B
320  ROBERT S KERR
OKLAHOMA CITY, OK  73102

T B
320  ROBERT S KERR SUITE 505
OKLAHOMA CITY, OK  73102

BRIAN BENNETT
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

RECORDS MONICA BLACK
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

JACK BOLING
1131 W SHERIDAN AVENUE- PROBATION & PAROLE
OKLAHOMA CITY, OK  73106

W BOOTH
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

LOUISE LORAINE BOWEN
5301 N MERIDIAN AVE APT 225
WARR ACRES, OK  73122

R C
320  ROBERT S. KERR   STE 505
OKLAHOMA CITY, OK  73102

A CARTER
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

KELLY CASSIDY
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

ZAFAR CHAUDHRY
4305 N JUNE AVE
OKLAHOMA CITY, OK  73112

MELODIE SHERNA COLEMAN
3816 NW 29TH STR
OKLAHOMA CITY, OK  73107

TONY COLEMAN ATTY
101  PARK AVENUE   STE 300
OKLAHOMA CITY, OK  73102

Report Date and Time:  11/19/2014 12:27

DAVID CHARLES COPELAND
2561 NW 21ST
OKLAHOMA CITY, OK  73107

JOHN COPELAND
2313 S GOFF AVE
OKLAHOMA CITY, OK  73108

MARY COPELAND
2313 S GOFF
OKLAHOMA CITY, OK  73108

LEONARD PAUL CRIBBS
2132 NE 19TH ST
OKLAHOMA CITY, OK  73111

OFFICE ALLAN CRUZ
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

TELEPHONE CUSTODIAN OF RECORDS
320 ROBERT S KERR
OKLAHOMA CITY, OK  73102

KIM DAVIS
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

S E
320 ROBERT S KERR
OKLAHOMA CITY, OK  73102

A G
320 ROBERT S. KERR
OKLAHOMA CITY, OK  73102

R G
320 ROBERT S KERR
OKLAHOMA CITY, OK  73102

AMANDA SUZANNE GATES
1729 NW 14TH ST
OKLAHOMA CITY, OK  73106

C GORDON
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

LAB UNIT CHELSEA GORDON
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

ARTHUR GREGORY
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

DET ROCKY GREGORY
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

CALENA GROVES
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

D GULIKERS
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

S H
320 ROBERT S KERR   STE 505
OKLAHOMA CITY, OK  73102

KIM HATCHER

OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

ROBERT HIGH
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

SHARMARREON DEQWANTALICE HILL
2908 NW 28TH
OKLAHOMA CITY, OK   73107

SHEILA ANN HOLLINGSWORTH
8823 S SANTA FE AVE
OKLAHOMA CITY, OK   73139

C J
320  ROBERT S KERR   STE 505
OKLAHOMA CITY, OK   73102

MICHAEL EUGENE JEFFERSON
1801 NW 14TH STR
OKLAHOMA CITY, OK   73106

J KUHLMAN
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

K L
320  ROBERT S. KERR   #500
OKLAHOMA CITY, OK   73102

LEROY LIMKE
1117 N LANSING
TULSA, OK   74106

T M

DANNY HIGGINBOTTOM
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

SGT JOE HILL
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

MICHELLE HOLLAND
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

DET VALARI HOMAN
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

LATONYA ROCHELLE JAMES
1109 NW 42
OKLAHOMA CITY, OK   73118

OFFICER DAVID JEHLE
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

J L
320  ROBERT S KERR   STE 505
OKLAHOMA CITY, OK   73102

MARISHA LIGONS
2620 N ANN ARBOR   APT 108
OKLAHOMA CITY, OK   73127

F M
320  ROBERT S. KERR AVE   STE 505
OKLAHOMA CITY, OK   73102

320 ROBERT S. KERR  STE 505
OKLAHOMA CITY, OK  73102

MICHAEL MCBRIDE
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

LORI MCGRATH
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

TIM MUZNY
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

PAULA OVERTON
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

OCPD SHARRI PETEET
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

C R
320 ROBERT S KERR RM 505
OKLAHOMA CITY, OK  73102

ALAN SALMON
OK STATE BUREAU OF INVESTIGATION
800 E. SECOND STR
EDMOND OK, 73034

OCPD AMY SCOTT

JANET MANSFIELD
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

TRAYCE MCCRAY
2460 W I-44
OKLAHOMA CITY, OK  73112

DISPATCHER ALAN MEYERS
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

QUINTON NOLEN
2406 COUNTRY VALLEY RD
GARLAND, TX  75041

NIMESH PATEL
6600 NW EXPRESSWAY  APT 121
OKLAHOMA CITY, OK  73132

GLORIA JEAN PRINCE
7809 DECOY DRIVE
ARLINGTON, TX

OCPD LUCY RAINS
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

BLAKE SCHWEITZER
1111 N CLASSEN DR
OKLAHOMA CITY, OK  73103

OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

OCPD LESLIE SMITH
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

MICHAEL STOYANOSKI
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

CALEB TAULBEE
12275 AUTUMN BROOK
GUTHRIE, OK   73044

DNA TESTING ELAINE TAYLOR
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

D WEGNER
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

DAN WILLIAMS
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

MELISSA WILLIS
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

ASHLEY ZECKSER

CHRIS PAUL SHELTON
2303 NW LOTTIE
OKLAHOMA CITY, OK   73117

JONAYE STAFFORD
1234 NW 80
OKLAHOMA CITY, OK   73114

TAMMY LYNN SUMMERS
2416 NE 24TH ST
OKLAHOMA CITY, OK   73111

B TAYLOR
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

J THOMAS
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

DENISE WENZEL
OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

TERRY WAYNE WILLIAMS
2130 SE 59TH STREET   APT 101
OKLAHOMA CITY, OK   73129

DAVID WYCKOFF
808 EATL A RODKEY DRIVE
EDMOND, OK   73003

OKLAHOMA CITY POLICE DEPT
701 N. COLCORD DRIVE
OKLAHOMA CITY OK, 73102

Report Date and Time: 11/19/2014 12:27