1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF OKLAHOMA

3

4  JANNIE LIGONS, SHANDAYREON HILL,    )
   TABATHA BARNES, TERRI MORRIS,       )
5  SYRITA BOWEN, CARLA JOHNSON,        )
   KALA LYLES,                         )
6                                      )
             Plaintiffs,               )
7                                      )No.
   vs.                                 )CIV-16-184-HE
8                                      )
   CITY OF OKLAHOMA CITY, a municipal  )
9  corporation, DANIEL HOLTZCLAW,      )
   BILL CITTY, BRIAN BENNETT, ROCKY    )
10 GREGORY, JOHN AND JANE DOES, all    )
   in their individual capacity,       )
11                                     )
             Defendants.               )
12

13

14      VIDEOTAPED DEPOSITION OF ROCKY GREGORY

15      TAKEN ON BEHALF OF THE DEFENDANTS

16          IN OKLAHOMA CITY, OKLAHOMA

17          ON JANUARY 17, 2019

18

19      REPORTED BY:  KAREN B. JOHNSON, CSR

20

21

22

23

24

25

EXHIBIT 8

Rocky Gregory                                    January 17, 2019

1    bit, and I don't think we'll have you here all day;

2    is that fair enough?

3        A    Fair enough.

4        Q    Can you describe your current employment?

5        A    I'm with the homicide unit with the

6    Oklahoma City Police Department.

7        Q    And as a member of the homicide unit, what

8    do you do?

9        A    I investigate suspicious deaths, suicides,

10   homicides.

11       Q    And was that a promotion into the homicide

12   unit from your previous position with the Oklahoma

13   City Police Department?

14       A    It was just a transfer, not a promotion.

15       Q    Did it come with an -- did it come with an

16   increase in pay?

17       A    No.

18       Q    Okay.  When were you transferred to the

19   homicide division, what year?

20       A    2015.

21       Q    Was that by your request?

22       A    Yes.

23       Q    Why did you want to switch into the

24   homicide division?

25       A    I had been in sex crimes for seven and a

Rocky Gregory                                    January 17, 2019

                                                          Page 10

1    half years and I just wanted a change and that's

2    mainly it.

3         Q    Okay.  Now I want to back up a little, and

4    I don't want to go through high school and all those

5    things in detail, but can you just summarize your

6    education, your formal education from the date you

7    graduated high school, or the year, up until you

8    started with the Oklahoma City Police Department?

9         A    Okay.  I graduated in '94, I have a

10   bachelor's degree, which I finished up in '99 and

11   then I got on the police department in 2000.

12        Q    Where did you obtain your bachelor's

13   degree?

14        A    Northeastern State University.

15        Q    Did you attend any other colleges or

16   universities?

17        A    I did Northwestern, I did a year and a

18   half there, I took some classes through OU and also

19   OSU.

20        Q    Okay.  And what was your reason for

21   attending different colleges and universities?

22        A    Well, my first year and a half, like I

23   said, was at Northwestern, I transferred over, and

24   it was just -- it was just going to be easier, it

25   was just the types of classes they offered fit my

Rocky Gregory                                    January 17, 2019

Page 44

1   her, but I didn't have her to talk to, so I wanted

2   to find out more in-depth, I mean, he was a rookie

3   officer and I wanted to ask him more questions on

4   it, which some of it might help me in trying to

5   investigate it, location, go over the days, maybe

6   that something was misunderstood.

7       Q    Were you thinking Holtzclaw did it at

8   the -- let's take the time period that you're

9   talking to Thomas, did you have Holtzclaw in your

10  mind as a suspect?

11      A    No.

12      Q    Did you have any suspects in mind?

13      A    No.

14      Q    What about Sellers, wasn't he having sex

15  with prostitutes prior to this on duty?

16           MR. SMITH:  Object to the form.  You can

17  answer if you understand it.

18           THE WITNESS:  There -- there was the

19  allegation on that, the thing is we didn't have

20  enough -- I didn't have enough information to be

21  like, they're a suspect, they're a suspect, I didn't

22  know if we had -- and sometimes we used to work as

23  sex crimes, somebody posing as a police officer,

24  that was too early in the investigation to be just

25  like, I have suspect A, suspect B.

Rocky Gregory                              January 17, 2019

Page 53

1    the A, it's vehicle locator, automated vehicle

2    locator maybe, and that's -- that's the GPS.

3         Q    Is that what you had reviewed?

4         A    That's the GPS you're in reference to.

5         Q    Okay.  What's VARUNA?

6         A    VARUNA is just -- it's a database where we

7    put in reports and then also like contact

8    information.

9         Q    And then what's CIU?

10        A    That's who we run, like we get ahold of

11   ladies in CIU, crime information unit, and then they

12   just run a person for warrants.

13        Q    Okay.  So going back to you're with

14   Morris, you've run the AVL from May 20th or 21st,

15   and how do we get to the date of May 8th?

16        A    Well, on that day?

17        Q    Who suggests that date, her or you?  Yeah.

18        A    No, it -- I don't think I suggested,

19   she -- she stayed adamant on -- on her dates.  The

20   reason it came up with May 8th --

21        Q    Let me stop you there.

22        A    Okay.

23        Q    Go ahead.  I'm sorry to cut you off.

24        A    The reason that I -- it's okay.  I went

25   back, she was describing Holtzclaw as -- as her

Rocky Gregory                                    January 17, 2019

                                                         Page 54

1    assailant, I mean, just the physical characteristics

2    and things like that.  So in doing so, I went back

3    to May 8th, that was the last officer we knew that

4    actually had contact with her, and so that's where

5    we came up with the May 8th.

6         Q    Okay.  So you -- either you and/or the law

7    enforcement department, you and/or the OCPD came up

8    with the May 8th date -- strike that.

9              Let me say that again.  Is it fair to say

10   that you and/or the Oklahoma City Police Department

11   came up with the May 8th date?

12        A    That -- that's correct, yes.

13        Q    Okay.  And now you say that she described

14   Holtzclaw physically, what did she describe that

15   suggested it was Holtzclaw?

16        A    She had been doing it throughout, from the

17   first, from May 24th with Thomas and then when she

18   described later on, on my second interview, and then

19   also the third interview with her.  I believe with

20   her, it was six -- you know, gave a height, 6'1,"

21   6'2," want to say stocky or muscular, I don't

22   remember her verbiage, darker hair, and then she

23   spoke about the skin being -- I don't know if she

24   said -- I'd have to look at the notes, kind of

25   getting the girls mixed up, and I want to say she

Rocky Gregory                                    January 17, 2019

                                                    Page 80

1       Q    Were you present when Terri Morris pointed
2    out Holtzclaw in a lineup?
3       A    I was several yards away, we usually bring
4    in somebody else that's not familiar with the case,
5    so they can show the lineup, so it wouldn't be
6    skewed, you know, pick out this person.
7       Q    Do you know who that was in this case?
8       A    Yeah, his name is --
9       Q    Do you know?
10      A    Yes, it's Danny Higginbottom, he's another
11   detective in assaults.
12      Q    Okay.  Okay.  Was that a lineup of real
13   people or a photo array?
14           MR. SMITH:  Object to the form.  You can
15   answer if you understand it.
16           THE WITNESS:  Yeah, rephrase that.
17      Q    (By Mr. Johnson)  I'm sorry, describe the
18   makeup, was the lineup photographs or people or
19   what?
20      A    They were photographs of people.
21      Q    Okay.  Okay.  Was Sergeant Sellers in the
22   lineup?
23      A    I want to say he was, it's been a long
24   time since I saw that.  I -- what I remember about
25   the lineup is this, originally, I know Lieutenant

Rocky Gregory                                    January 17, 2019

Page 81

1    Muzny had put together a lineup, and I wanted to

2    show Terri the lineup the first time I talked with

3    her, but she refused to even look.  That lineup was

4    used, I believe it's going to be the same one, it

5    was used on the second time, gave the lineup to

6    Detective Higginbottom, I stepped away, he shows her

7    the lineup.  During that time and because of the

8    process, we knew that the last two people that --

9    the police officers would have been like Jeff

10   Sellers and Daniel Holtzclaw, the other four people

11   in a six person lineup, they were random officers.

12        Q    Okay.  And can you describe what you

13   recall about Terri picking out Daniel Holtzclaw,

14   anything you remember?

15        A    Well, just going off of what Higginbottom

16   relayed to me, she said initial -- initially picked

17   out Holtzclaw, but she also made a comment, there

18   was a Officer Dutton, just a random officer we

19   picked out, and she said that it was his hair, that

20   it was like the dark color that she recalled.  In

21   the photo lineup we explain --

22        Q    In fact --

23        A    We explain to them, you know, don't pay

24   attention to hair, you know, hair length,

25   everything, photographs change from what they, you

Rocky Gregory                                    January 17, 2019

Page 195

1        A     Yeah, I want to say yes, of course,

2   because it was going to have definitely the two

3   officers, the last two that she came in contact

4   with, Holtzclaw and Sellers, because that's the only

5   two that we knew had even seen her, but we -- now

6   we're looking clear back in April, and so that was

7   at the time -- and I guess you could even say it was

8   either to see if -- if they had anything to do with

9   it or just to clear their name, too.

10       Q     So, and you had mentioned that, to clear

11  their name, and so if somebody needs their name

12  cleared, they're sort of a suspect; correct?

13              MS. GOOCH:  Object to the form.

14              THE WITNESS:  Well, and I see where you're

15  going, it's a yes and no.  I wouldn't have said that

16  Holtzclaw and Sellers, neither one of them, was a

17  suspect.  I understand why I'm putting them in

18  there.  I wouldn't have said -- the Sellers part,

19  his -- the description given really didn't quite

20  match up to Jeff Sellers.

21       Q     (By Mr. Solomon-Simmons)  Now, what

22  does -- what does Jeff Sellers look like?

23       A     Oh, he's -- I would say he's probably six

24  foot, I mean, he's changed, so I'm sitting here

25  thinking about him right now, last time I saw him.

Rocky Gregory                                January 17, 2019

Page 196

1    He's pudgy, he's not muscular, he's pale white,

2    short hair, I mean, he's not the description of

3    Holtzclaw.

4        Q    He's the opposite of the description that

5    Ms. Morris gave?

6        A    Yeah, yeah, it didn't -- it didn't really

7    match up with him.

8        Q    Right.

9        A    But also because of his background at the

10   time, you know, we just couldn't just be like skip

11   over him.  So like I said, we didn't have like a

12   suspect A, suspect B at that time, but it was -- I'm

13   like, well, we have somebody that is saying an

14   officer, these are our last two officers.  So I

15   wouldn't have called him a suspect at that time, and

16   I don't think most people would put them, so if we

17   did our reports, we wouldn't have said suspect

18   Holtzclaw, suspect Sellers, we would put an involved

19   party, that's how we would describe them at that

20   point.

21       Q    So at the point of you knew at least by

22   June 2nd or June 3rd that Daniel Holtzclaw was an

23   involved party in this investigation of Terri

24   Morris' assault; correct?

25       A    An involved party, yeah, I mean, yeah, I

Rocky Gregory                                    January 17, 2019

Page 197

1    guess.

2         Q    Because the fact is, Terri Morris'

3    description of Daniel Holtzclaw is pretty accurate;

4    correct?

5         A    It -- there was some stuff that was off, I

6    mean, like she gave, you know, like the 40s in age,

7    there's some discrepancies, but at the same time, I

8    felt like -- I felt like there was a lot we needed

9    to look at, we couldn't just discount.  Now, keep in

10   mind, there are muscular 6'1" officers out there.

11        Q    Sure.  But none of them had had contact

12   with Terri Morris in May?

13        A    That's correct, that's correct.

14        Q    And to be fair to Terri Morris, we can

15   look at the reports, she actually said 30s, 40s, I'm

16   not sure; correct?

17        A    That's correct, yes, she did.

18        Q    And she actually said he was a dark

19   skinned white male; correct?

20        A    That's correct.

21        Q    She didn't say he was dark like I'm dark;

22   right?

23        A    That's correct.

24        Q    And obviously, she also stated he was

25   clean shaven?

Rocky Gregory                                    January 17, 2019

                                                          Page 198

    1          A     Yes.

    2          Q     And Daniel Holtzclaw is clean shaven?

    3          A     Yes.

    4          Q     Has black hair?

    5          A     Yes.

    6          Q     He has black hair?

    7          A     Yes.

    8          Q     All right.  So when you put together your

    9     lineup, did you include Daniel Holtzclaw in your

   10     original lineup?

   11          A     Muzny did, Muzny did.

   12          Q     You thought that was a good inclusion;

   13     correct?

   14          A     Well, at the time, to only show -- that

   15     was the only people we could put in there.  And that

   16     was because, just like you say, it was the last two

   17     people that came in contact.  Now, Terri stuck to

   18     her guns, she's like, it's May 20th, 21st, she kept

   19     saying six days off, but I mean, pinpointing it down

   20     from what Mr. Thomas had said, and then actually

   21     with me clear through, she had in her head it was

   22     May 20th, 21st.  Well, the May 8th time was so far

   23     off, I mean, that's -- I mean, we couldn't -- we

   24     couldn't take away that it was Holtzclaw or Sellers,

   25     and that's the reason he was definitely in there.

Rocky Gregory                                    January 17, 2019

Page 217

1   there's going to be times, yes, if they're a person

2   of interest, we do, we'll dig into -- like now is a

3   big deal with social media, a lot of our

4   investigations, we start digging in that way, can

5   learn a lot about a person that way.  It just

6   depend -- it depends on what level a person of

7   interest.  Like they just know somebody that might

8   know somebody that might know somebody, well, then

9   we wouldn't dig in on that.  But if they're like

10  that could be a suspect or somebody like legit, then

11  we would probably start digging in at that point.

12      Q    So at any point between May 24th to June

13  17th of 2014, was there any investigation or looking

14  into Daniel Holtzclaw's background by you?

15      A    Background, no, no, had no -- yeah -- no.

16      Q    Did you call and ask about Daniel

17  Holtzclaw to anyone within the police department,

18  during this time period, May 24, 2014, to June 17,

19  2014?

20      A    No, I knew -- well, we had already --

21  Holtzclaw appeared to be fairly clean, I know that

22  Sellers with that, with the prostitution thing,

23  there was -- there was that heavy background, why

24  his name, some people kept focusing in on.  He had a

25  pretty good rep as far as like what we knew going in

Rocky Gregory                              January 17, 2019

Page 218

1    to like, say, the Ligons case, nothing pointed to

2    anything that would send up a red flare.

3         Q    So can you tell me what specifically you

4    did to ascertain that Daniel Holtzclaw had a, quote,

5    pretty clean background?

6         A    I'm trying to think if we spoke with his

7    captain and kind of would know the troops, I'm kind

8    of getting confused on my time period.  Got to

9    remember, after June 3rd, June 3rd is when Terri

10   ended the investigation, she -- that was it, as soon

11   as she signed that thing, I really can't do anything

12   more.  Because we had no -- at that very second she

13   signed that, I had no suspect, no nothing, she

14   wouldn't look at anything, so the 3rd to the 18th,

15   there was nothing done.

16            Now, I spent the majority of the time from

17   the 27th to the 3rd just simply trying to hunt her

18   down.  Now, I did try to go back on and focus on

19   what she was telling me about the area, stuff like

20   that.  As far as like looking at Holtzclaw or

21   Sellers along those lines, they weren't developed

22   enough as a suspect.

23            THE VIDEOGRAPHER:  Off the record.

24            (Break taken from 3:46 to 3:47)

25            THE VIDEOGRAPHER:  We're back on the

Rocky Gregory                                    January 17, 2019

                                                        Page 235

1    like that.  Now, as far as like being a police

2    officer, she felt safer, I know when I talked to her

3    on the third time, but I think she would have signed

4    the refusal.  She just didn't have the mental

5    stability to go through a sexual assault

6    investigation, I -- I really felt that way about

7    Terri, so it didn't matter officer or not with her.

8         Q    So if I understand your testimony, when

9    Terri signed that refusal to prosecute on the 3rd of

10   June, 2014, nothing else was done related to finding

11   her potential assailant until after June 18th; is

12   that correct?

13        A    Yeah, we had no victim.

14        Q    Is that normal practice, that if the

15   victim says, I don't want to participate anymore on

16   a rape, potential rape, that you just stop

17   investigating, is that how it normally works?

18        A    Right, you -- you have to have a victim.

19   It's not like domestic violence, okay, with a victim

20   of sexual assault, if they don't want to go through

21   with investigation, then we will not -- the D.A.'s

22   office, no one will take charges, you have to have

23   them be able to go through with the charges.

24        Q    What about from an administrative

25   department level, there wouldn't be any mechanism to

Rocky Gregory                                    January 17, 2019

                                                      Page 236

1    make sure that there's not an employee, an Oklahoma

2    City Police Department officer, assaulting

3    individuals?

4         A    Well, and that -- that's where I came into

5    play, trying to see what we had.  With what Terri

6    not cooperating at all, if what the information she

7    gave, you know, in lying, she didn't give me an

8    officer name, she didn't give me nothing about

9    Holtzclaw or Sellers or any other officer, she gave

10   me the wrong location, that's what the fail-safe

11   was, was what I was doing.  That's why I -- when I

12   went and talked with Terri and I was begging her to

13   try to talk with me, that's what I was trying to do,

14   I wanted to make sure, I wanted to make sure that we

15   didn't have an officer, I wanted to hear her story,

16   she just wouldn't tell me, so that's the fail-safe.

17   But without her cooperation, even just a little bit,

18   there's nothing we could do.

19        Q    Did you guys pull the AVL data of Officer

20   Sellers at the same time you pulled AVL data on

21   Officer Holtzclaw?

22        A    Yeah, the 20th, 21st, the time period that

23   she -- she gave, yes.

24        Q    How did you realize that Officer Sellers

25   had contact with Terri back in April of '14?

Page 237

1        A      Going back just to look at whoever ran

2    her, just the record, that's how we came, same --

3    same way we come in contact with, it could have been

4    on VARUNA or through CIU of just her being ran.

5    There's a list, anybody pulls up her name one way or

6    the other, there will be a list, and that's how we

7    came up with those two.

8        Q      Do you know when Captain -- do you know

9    who Captain Bacy is?

10       A      Yes.

11       Q      Do you know when he became aware of the

12   investigation related to Terri Morris' case?

13       A      I would assume it was the 27th, but --

14       Q      27th -- May 27, 2014?

15       A      Yeah, but I don't know that for sure.

16       Q      Why would you assume that?

17       A      Because there's an officer report, because

18   there was an officer report, we wasn't called out,

19   Bacy is over Muzny and over Ramos.  I didn't have

20   any conversation with Bacy for a little bit, he knew

21   I was working on it, we were running on it and

22   trying to find her.  So that's -- I just assumed the

23   27th, just working these types of cases before.

24       Q      Are you aware if anyone was disciplined

25   for not responding to the scene on May 24th, 2014,

Page 285

1    one time for a short period.  And they all said they

2    didn't see anything, nothing big, I mean, they

3    really didn't have much to say about him.

4         Q    What did Arthur Gregory, his supervisor,

5    what did he -- what did he say about Daniel

6    Holtzclaw when you interviewed him?

7         A    He didn't really say a whole lot about

8    him.  He was a loner.  He spoke with the troops.

9         Q    He spoke with the troops?

10        A    Yeah, like the -- he would interact with

11   them, talk with them, but he was still a loner, and

12   that's kind of what we saw out there with all these

13   stops and everything that he did over time.  He

14   would do -- he would go work mainly on his own.

15             Like when I was on the streets, I had a

16   crew, we ran around together, things like that.  He

17   wasn't that type of guy.  He was more of a I want --

18   he's going to go off, do his own thing, traffic

19   stops, go to jail on his own, that type of guy, so

20   that type of officer.

21        Q    So Arthur Gregory said he was a loner, he

22   spoke to the troops, and what else did Arthur

23   Gregory say about Daniel Holtzclaw?

24        A    He said he didn't have any complaints from

25   females.  He said once in a while, you know, maybe

Rocky Gregory                              January 17, 2019

                                                    Page 286

1   he might have a complaint from like a gangbanger or

2   something like that or somebody, but never a female,

3   it wasn't -- he really didn't hardly have any

4   complaints to say about him.

5       Q    Can you think of anything else that Arthur

6   Gregory, Lieutenant Gregory, said about -- said to

7   you about Daniel Holtzclaw during your

8   conversations?  Did you specifically ask him did he

9   have complaints from females?

10      A    Uh-huh.

11      Q    Is that a yes?

12      A    Yes.

13      Q    And Lieutenant Gregory said no?

14      A    Correct.

15      Q    Would it have made a difference to you if

16  Detective -- Officer Holtzclaw had a complaint from

17  females?

18      A    Of course, I'd like to know what type of

19  complaint, if it's a sexual complaint, I would have

20  went and, of course, talked to that female.  That's

21  kind of what the basis was, but he said he didn't

22  have anything, so.

23      Q    What about any complaints from individuals

24  saying that Officer Holtzclaw placed them in the car

25  and drive them around for no apparent reason?

Rocky Gregory                                    January 17, 2019

Page 287

1        A    I never heard that at all.

2        Q    If you had had a complaint like that,

3    would that have been a concern for you?

4        A    Driving them around for no reason?

5        Q    Yes.

6        A    On a female?

7        Q    Yes.

8        A    Yes, I would have, I would have wanted to

9    talk with her, yeah.

10        Q    Why is that?

11        A    Well, I'd -- I'd want to know what the

12    circumstances were.  You know, driving around, well,

13    just knowing what I knew, you know, when he was

14    driving a female around for no reason, he was taking

15    them to a spot to rape them or do something.

16            Now, I never came across anybody that said

17    that they were just driven around and that was odd.

18    A lot of the nos I got really didn't -- well, I

19    didn't necessarily mention Holtzclaw in general, but

20    I -- I didn't get any complaints that way.  And I --

21    I spoke with most -- I mean, my half of the year or

22    however you want to put it was victims, and I never

23    had a complaint like that.

24        Q    Did you have any complaints or any

25    information that Officer Holtzclaw would drive

Rocky Gregory                                    January 17, 2019

Page 288

1    female individuals he had arrested or taken in
2    custody who were females without calling and giving
3    the proper notification to dispatch?
4        A    Well, yeah, I mean, these women, that was
5    commonplace among these 11, I mean, of doing stuff
6    like that here and there, depends on the victim, he
7    would do that.
8        Q    While you were investigating Officer
9    Holtzclaw, if you had had a -- if you had known
10   about that sort of complaint of driving a female in
11   the car alone without providing proper notification
12   to dispatch, would that have concerned you?
13       A    Yes, I would have wanted to talk to her.
14       Q    Why?
15       A    For that simple reason of just it's a
16   female, we have all these victims, obviously, and
17   I'd want to -- I'd want to hear her version of the
18   story, I mean, did she think something else is going
19   to go on, you know, was she afraid, did he tell her
20   what he was doing.  See, not every time, not
21   everything Holtzclaw was doing was a sexual act, it
22   wasn't -- every traffic stop wasn't a rape, anything
23   like that.  It was the opportunity.
24              Now, in listening to a female talk about
25   that, I would perk up to that because that's

Rocky Gregory                                    January 17, 2019

                                                          Page 289

1    something I would want to know, is it one of those

2    situations or maybe it was a misunderstanding, I --

3    I don't know.  I wouldn't know until I talked with

4    her, but I would want to talk with her.

5         Q    What do you mean when you say it's a

6    opportunity?

7         A    He -- okay, so like with Terri, the

8    opportunity for him to assault her, he drives her

9    around the corner, he had the opportunity to hold

10   the whole crack pipe thing over her head, thinking

11   she's going to go to jail, and then he takes

12   advantage of her, and he -- he rapes her, you know.

13             With Shardayreon Hill, you know, he's

14   alone in a room with her, yeah, she's high, she's

15   desperate, she wants out of the charges, he assaults

16   her.  He starts stalking her on Facebook, she knows

17   that she wants out of trouble, he goes to her house,

18   he whips out his penis, he's wanting sexual favors

19   to get out, he's looking for opportunity.

20             With Tabitha Barnes, he's holding those

21   tickets over her head and he wants sexual favors, he

22   wants to see her breasts, he wants to touch her

23   breasts, he is basically harassing her, going in her

24   house, I mean, it's just -- it's a -- he was a power

25   rapist, that's what he was.

Rocky Gregory                                    January 17, 2019

Page 290

1        Q     And in your experience, did you consider
2    that Holtzclaw was escalating his activities and his
3    boldness with each passing victim?
4        A     Oh, hands down.  So with the way like Kim
5    and I split, calling up all the women, okay, I took
6    the early part of, you know, '13 and '14.  Kim had
7    the last part.  You could tell the progression and
8    that's what we see with predators, anyway, they get
9    comfortable, so Kim had more victims because there
10   at the end, she had that last part, he was ramping
11   it up, just like that last night, there was three
12   victims.
13       Q     And in your experience, do rapists
14   sometimes start off with just violence, non-sexual,
15   and it just continues to grow?  You used the term
16   "power rapist."
17       A     Well, that's kind of two different
18   questions there.
19       Q     Absolutely.  My question is, in your
20   experience, have you seen rapists start off abusing
21   women just physically and then escalating to other
22   sexual assaults, et cetera?
23       A     A lot of the time, and most of the time,
24   it just doesn't go straight to rape.  It could be a
25   sexual battery, you know, grabbing their buttocks,

Rocky Gregory                                    January 17, 2019

Page 291

1    maybe just --

2         Q    Pressing his -- pressing his penis against

3    her back side?

4         A    Yes, uh-huh.  You know, it could be a

5    peeping tom, however it is, and then they just --

6    they want the bigger thrill or however it is.  Some

7    guys escalate faster than others, and in this one,

8    we really saw it within that time period, I mean, he

9    really ramped it up.  And some guys can be a peeping

10   tom for years and years and years and they might

11   just kind of hover around there.  But a lot of them,

12   if they feel more comfortable, they'll just push the

13   issue, rapists, child molesters, same thing.

14        Q    What causes individuals like Daniel

15   Holtzclaw, rapists, to feel more comfortable, to

16   feel like, oh, I can do more now than I did last

17   time?

18        A    Because they got by with it, that's the

19   deal.  They feel more boldened, you know, they got

20   by with it, I'm going to push the issue this time,

21   oh, I get a bigger high on this one, you know, they

22   just keep on going.

23             MR. SMITH:  Are you getting close to a

24   wrap-up point?

25             MR. SOLOMON-SIMMONS:  No, sir.