IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) TABATHA BARNES, et al.,       )
                                  )
     Plaintiffs,                  )
                                  )
-vs-                              ) No. CIV-16-184-HE
                                  )
(1) CITY OF OKLAHOMA CITY, a      )
municipal corporation, et al.,    )
                                  )
     Defendants.                  )





\* \* \* \* \*

DEPOSITION OF DEMETRIA MICHELLE CAMPBELL

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON FEBRUARY 15, 2018

COMMENCING AT 9:01 A.M.

\* \* \* \* \*

REPORTED BY: BETH A. McGINLEY, CSR, RPR

instaScript
101 Park Avenue, Suite 910
Oklahoma City, OK 73102
Phone: 405-605-6880  Fax: 405-605-6881

EXHIBIT 11

Page 50

1    A   I exited my vehicle.
2    Q   Okay.
3    A   Walking into the food place. While going, I saw
4  him approaching with a flashlight shining and just
5  yelling, "Hey, you. Hey, you."
6    Q   Okay.
7    A   I didn't know who he was talking to. I
8  continued to walk to the building. By the time I reached
9  for the handle, he had rounded the corner, snatched me.
10   Q   Okay. Do you recall the -- the name of the
11 restaurant that you're referring to?
12   A   TJ's Fish.
13   Q   Okay. At that time, November 5th, 2013, would
14 you say you were generally familiar with streets and
15 directions in the Oklahoma City area?
16   A   Yes.
17   Q   Okay. And how was that, just from having lived
18 here for a few years?
19   A   Yes.
20   Q   Okay. Do you recall a time frame that's -- that
21 this was -- this incident began occurring?
22   A   I would say between 7:00 p.m., 8:30.
23   Q   Okay.
24   A   Because it was dark.
25   Q   Okay. And that was going to be my next

Page 51

1  question: Was it dark?
2    A   (Moved head up and down).
3    Q   Is that a yes?
4    A   Yes.
5    Q   Okay. You said he was holding a flashlight,
6  turned on, so I presumed it must have been dark.
7    A   Yes.
8    Q   Okay. You mentioned some of the things that he
9  did. One of the things you said, "He was perverted."
10 Could you explain -- and I'm sorry to make you have to
11 discuss this, but I do have to ask you: Could you explain
12 what you mean when you say, "He was perverted"?
13   A   Well, he had me against the wall. He had an
14 erection.
15   Q   Okay. I'm going to ask some specific questions
16 about that. When you say you were "against the wall,"
17 were you face against -- was your -- you know, the front
18 of your body facing the wall?
19   A   Yes.
20   Q   Okay. Do you recall what you were wearing on
21 that occasion?
22   A   Yes.
23   Q   What were you wearing?
24   A   Jeans.
25   Q   Okay.

Page 52

1    A   A burgundy shirt.
2    Q   Okay.
3        MR. MUMINA: Is that all you were wearing?
4        THE WITNESS: No.
5        MR. MUMINA: Okay. Explain fully what you were
6  wearing.
7    A   I, also, had on a black jacket.
8    Q   (By Ms. Gooch) Okay. So I take it, from your
9  answer, you felt what you, -- you say, was an erection; is
10 that correct?
11   A   Yes.
12   Q   Okay. So you didn't see an -- is it -- is it
13 fair to say, you did not observe an erection?
14       MR. MUMINA: No, I'm going to object to that.
15 I...
16   Q   (By Ms. Gooch) You --
17       MR. MUMINA: "Observe."
18       MS. GOOCH: Okay.
19   Q   (By Ms. Gooch) You can answer the question, to
20 the best that you can. Did you observe Mr. Holtzclaw have
21 an erection, on this occasion, with your own eyes?
22   A   I felt it.
23   Q   Okay. Where, on your body, did you feel it?
24   A   My butt.
25   Q   Okay. Do you have -- how long did you feel this

Page 53

1  on you? A matter of seconds?
2    A   No. I'd say a couple of minutes.
3    Q   Okay. You -- again, I know this is -- this is
4  uncomfortable for me to discuss and I -- I apologize for
5  it.
6        If I understand you correctly, you're saying you
7  felt, what you believe was an erection from Mr. Holtzclaw,
8  on your -- on your bottom area, for two minutes; is that
9  what you're telling me?
10   A   I'm telling you I felt an erection --
11   Q   Okay.
12   A   -- on my butt for approximately two minutes or
13 so.
14   Q   Okay. When -- what happened when you no longer
15 felt it? Had he turned you around, had he -- try to
16 explain for me, please, what had -- when it stopped,
17 what's the next thing that occurred?
18   A   He took me by my arm and ordered me to get on
19 the ground.
20   Q   Okay. And did you do that?
21   A   No.
22   Q   Okay.
23   A   I told him I couldn't.
24   Q   Okay. What -- and why couldn't you?
25   A   I have a bad knee.