```
================================================================================
                    Standard   Supplement   Report
================================================================================
Reported Date: 05/24/14   Time: 03:05        Case: 14-041539 (001)   Page: 1
Code: 21-886 SS         Crime: CRIME A/NATUR Class:
Occurrence Date: 05/24/14-         Day: SATURDAY -           Time: 03:05-
Status: AS  ASSIGNED               Closing Officer:
Location: DOWNTOWN OKLAHOMA CITY, OK                         RD: 2505

======================= NARRATIVE ==============================================
BODY OF REPORT:
```

ON 5-24-14 AT APPROXIMATELY 0300 HOURS, I RESPONDED TO NE 23 AND KELLEY AVE IN REFERENCE TO A DOMESTIC CALL.

UPON MY ARRIVAL, I MADE CONTACT WITH VI MORRIS AND IP SHELTON. IP SHELTON STATED THAT VI CALLED HIM UPSET AND ASKED HIM TO PICK HER UP. VI WAS ACTING VERY HYPER AND WAS UNABLE TO STAND STILL. SHE WAS CRYING AND STATED THAT SHE HAD BEEN RAPED.

DUE TO VI'S BEHAVIOR, I ASKED HER IF SHE WAS ON ANY DRUGS. SHE STATED THAT SHE HAD SMOKED CRACK A FEW HOURS PRIOR. I ASKED HER WHO HAD RAPED HER AND SHE STATED THAT IT WAS A POLICE OFFICER. VI STATED THAT IT HAPPENED ON EITHER 5-20-14 OR 5-21-14 BUT SHE COULDN'T REMEMBER FOR SURE. SHE STATED THAT SHE WAS WALKING TO THE CITY RESCUE MISSION FROM A DRUG REHAB FACILITY THAT SHE GOES TO WHEN AN OFFICER STOPPED HER AND PUT HER IN THE BACK SEAT OF HIS PATROL CAR ABOUT TWO BLOCKS FROM THE CITY RESCUE MISSION. SHE COULD NOT REMEMBER THE EXACT LOCATION OF WHERE THE OFFICER PICKED HER UP.

SHE STATED THAT HE RAN HER FOR WARRANTS AND THEN HAD HER GET OUT OF THE CAR AND FACE THE CAR. SHE SAID THE OFFICER THEN TOLD HER TO UN-ZIP HER PANTS. SHE STATED THAT SHE ASKED THE OFFICER WHY AND HE STATED THAT HE COULD TAKE HER TO JAIL BUT WOULD LET HER GO IF SHE "SUCKED HIS DICK." I ASKED HER IF HE EVER TOUCHED HER VAGINA OR HAD VAGINAL SEX AND SHE SAID NO. SHE STATED THAT HE UNZIPPED HIS PANTS AND PULLED HIS ERECT PENIS OUT AND SHE PUT IT IN HER MOUTH FOR A SHORT TIME AND THEN ASKED HIM AGAIN WHY HE WAS DOING THIS. SHE STATED HE REMOVED HIS PENIS FROM HER MOUTH AND PUT IT BACK IN HIS PANTS. SHE STATED THAT HE NEVER EJACULATED. SHE SAID THAT HE THEN ZIPPED HIS PANTS BACK AND TOLD HER HE WOULD GIVE HER A RIDE TO THE CITY RESCUE MISSION. SHE STATED THAT SHE GOT BACK IN THE CAR AND HE DROVE HER AROUND FOR A FEW MINUTES AND THEN LET HER OUT IN AN ALLEY IN DOWNTOWN OKLAHOMA CITY. SHE WAS UNABLE TO REMEMBER THE EXACT LOCATION OF WHERE SHE WAS DROPPED OFF.
I
ASKED HER WHAT THE OFFICER WAS WEARING AND SHE STATED THAT "HE WAS WEARING THE UNIFORM YOU ARE WEARING." I ASKED HER WHAT COLOR HIS SHIRT WAS AND SHE SAID THAT IT WAS GRAY. SHE STATED HE HAD A BADGE LIKE THE OKLAHOMA CITY BADGE. SHE SAID SHE COULDN'T REMEMBER IF HE WAS WEARING A GUN BELT OR NOT. SHE STATED THAT THE SUSPECT WAS A DARK SKINNED WHITE MALE WITH BLACK HAIR AND APPEARED TO BE ABOUT 40 YEARS OLD. SHE SAID HE HAD A MUSCULAR BUILD AND WAS CLEAN SHAVEN. WHEN ASKED IF SHE COULD REMEMBER A POLICE RADIO GOING OFF WHEN SHE WAS IN THE CAR SHE STATED THAT SHE COULD NOT REMEMBER. SHE STATED THAT HE WAS IN A BLACK AND WHITE POLICE CAR WITH A CAGE IN THE BACK SEAT. I ASKED HER WHY SHE WAITED SEVERAL DAYS TO REPORT THE INCIDENT AND SHE SAID IT WAS BECAUSE SHE WAS SCARED.

LT HOLLAND 1246 RESPONDED TO THE SCENE AND NOTIFIED SEX CRimes DETECTIVES.

```
================================================================================
                    Standard   Trailer  -  First   Page
================================================================================
Reporting Officer: THOMAS, JONAT   Number: 001907   Date: 05/24/14   Time:
       Typed by: PDNS5592V        Number: NS5592    Date: 05/27/14   Time: 21:23
Approving Officer: PDNS5592V      Number: NS5592    Date: 05/27/14   Time: 21:33
```

EXHIBIT 15

OKC027821

```
===============================================================================
                    S t a n d a r d   C o n t i n u a t i o n   P a g e
===============================================================================
Reported Date: 05/24/14  Time: 03:05         Case: 14-041539 (001)  Page: 2
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

END OF REPORT.

```
===============================================================================
                    S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
===============================================================================
Reporting Officer: THOMAS, JONAT  Number: 001907  Date: 05/24/14  Time:
        Typed by: PDNS5592V       Number: NS5592  Date: 05/27/14  Time: 21:23
Approving Officer: PDNS5592V      Number: NS5592  Date: 05/27/14  Time: 21:33
```

OKC027822