```
================================================================================
                    S t a n d a r d    S u p p l e m e n t    R e p o r t
================================================================================
Reported Date: 05/24/14   Time: 03:05        Case: 14-041539 (006)  Page: 1
Code: 21-886 SS       Crime: CRIME A/NATUR Class:
Occurrence Date: 05/24/14-        Day: SATURDAY -         Time: 03:05-
Status: AS  ASSIGNED              Closing Officer:
Location: DOWNTOWN OKLAHOMA CITY, OK                      RD: 2505

======================= NARRATIVE =============================================
```

Interview with Jonathan Thomas - Reporting Officer

On 06/02/14 at 1100 hours, I met with Officer Thomas at police headquarters to go over some of the detail of his contact with Terri Morris. Terri had not been located again as of the time of this interview.

Ofc. Thomas advised that on 05/24/14 at 0300 hours he was called to the Valero at NE 23rd and Kelley for a domestic. Ofc. Thomas stated that he was just a one month rookie officer with FTO Sgt. Dan Williams #1663. After arriving he met with Terri Lynn Morris. Terri appeared to be disheveled and on something like possibly drugs.

Officer Thomas asked her "What's going on?" Terri stated "I've been raped?" She told him that about five or six days ago. She then said it was a Tuesday or Wednesday. Terri went on to state she had been raped by an officer. Terri advised she had just left a Drug Rehab but didn't say a name. It was downtown OKC. She was trying to get to the City Rescue Mission.

An unknown officer stopped her enroute and ran her for warrants. When he was done he told her to get out of the car. She got out of the backseat. He told her to face the car and unzip her pants. She asked him 'why'. He told her, "Do what I say or go to jail!" Then he told her to 'suck his dick'. She then sat down in the backseat of the patrol car back driver's side. He took his penis out of his pants. It was erect and he placed his penis in her mouth for a short period of time.

The officer pulled his penis out of her mouth. He puts his penis up and closes the door on her. He tells her he would give her a ride to the City Rescue Mission. They drive around and he drops her off at an unknown alley in downtown OKC.

I then asked several detailed questions as to everything Terri said. Ofc. Thomas was adamant that she said the location of where the stop was, him running her, and the assault was two blocks from the City Rescue Mission. She was very consistent in telling her story. Ofc. Thomas advised that he 'maybe' believes her story.

Terri advised that she was a prostitute. They ran her that night and she came back as clear.

We covered the story again. She was walking two blocks from the Mission from an unknown Drug Rehab center downtown OKC. She was sober then because she just got out of the Rehab center. Unknown directions or cross street of the Rehab center or location where she was stopped.

When he stopped her Ofc. Thomas was unclear if he searched her or not. She sat in the back seat and he 'supposedly ran her' for warrants. When done he got

```
================================================================================
                 S t a n d a r d    T r a i l e r  -  F i r s t    P a g e
================================================================================
Reporting Officer: GREGORY, ROCK     Number: 001332   Date: 06/17/14  Time: 10:53
        Typed by: PDRG1332V          Number: RG1332   Date: 06/17/14  Time: 10:52
Approving Officer: MUZNY, TIMOTH     Number: 000909   Date: 07/24/14  Time: 13:24
```

EXHIBIT 16

OKC027837

```
===============================================================================
                     S t a n d a r d   C o n t i n u a t i o n   P a g e
===============================================================================
Reported Date: 05/24/14   Time: 03:05        Case: 14-041539 (006)   Page: 2
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

out again and opened the back driver's seat door.  He tells her to get out and
unzip her pants.  She did unzip her pants but he doesn't molest her.  He tells
her to take down her pants and she tells him 'no'.  She was faced away from
him.  Terri then asks for a female officer thinking she is going to get
searched.  The officer then gives her an ultimatum saying she can go to jail or
do it his way.

Ofc. Thomas did not recall or was unclear on how she was turned around.  Terri
turned around and sat down in the same seat.  The officer takes his penis out.
Ofc. Thomas was unclear if the officer had on a gun belt or not.  It was not
asked or recalled.  He took his penis out what was believed to be through his
unzipped pants.

The officer places his penis inside her mouth.  This was just for a short
period of time.  He takes his penis out and has her get in so he can shut the
door.  The officer tells her he will take her to the Mission as he had stated
actually earlier before.  He drives her around for an unknown amount of time
then drops her off somewhere downtown OKC in an alley.  He lets her out without
saying anything more.  She didn't recall where it was or where she went.  Terri
left on foot 'north bound' was the only thing they were able to obtain from
her.

It was unknown on the amount of time from the original contact, through the
assault, and to where she was let out of the car in an alley.

The first person she told was IP Sheldon.  Ofc. Thomas did speak with Sheldon
who confirmed she did try to tell him about the incident.  He advised he didn't
know much detail as in the report.  No new information in reference to IP
Sheldon contact with Terri.

There was no vaginal penetration with his penis.  There was no vaginal
penetration by instrument.  He did not 'finger' her vagina.  There was no anal
penetration.  No condom used.  There was oral on the suspect only.  It was
unknown how long the oral sex was.  No oral sex on the victim by the suspect.
I asked if her breasts were ever exposed.  She stated 'no'.

Ofc. Thomas did say that at one point he did feel on her breasts a little bit.
It was unknown by Ofc. Thomas if it was before she was placed into the police
car prior to 'running' for warrants or during the assault.

Terri only had her pants unzipped and did not ever have them taken down.  His
hand did not touch her privates in or outside of her pants.

No one was around during the assault in question

In reference to the officer she was clear that it was an OCPD uniform.  She
noted it was like their uniforms.  I asked if she heard a radio as to what the
suspect used to check her for warrants or just in general.  He said he didn't
remember.  She didn't hear a radio.  I asked if she seen a computer for him to
use.  Ofc. Thomas stated he didn't remember.  When asked if the officer used a
phone to call for warrants and he stated he didn't ask her.

```
===============================================================================
                     S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
===============================================================================
Reporting Officer: GREGORY, ROCK    Number: 001332   Date: 06/17/14   Time: 10:53
         Typed by: PDRG1332V        Number: RG1332   Date: 06/17/14   Time: 10:52
Approving Officer: MUZNY, TIMOTH    Number: 000909   Date: 07/24/14   Time: 13:24
```

OKC027838

```
===============================================================================
                      S t a n d a r d   C o n t i n u a t i o n   P a g e
===============================================================================
Reported Date: 05/24/14  Time: 03:05         Case: 14-041539 (006)  Page: 3
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

I asked him to cover what Terri described the suspect officer all together.  He advised the following:

W/M
No name stated or noted by the victim.
40's in age
Muscular & big.
Darker skinned
Around 6'00"
Nothing asked in reference to weight.
Clean shaven
Black hair.
No scars, Marks, or tattoos
No glasses
Sideburns don't know if he asked.
Jewelry - Don't know if he asked.
Eye Color - Can't remember what she said.
Teeth - Did not ask
Voice - Did not ask.
Underwear - Nothing recalled.

  Penis/Genitals
Shaved - Didn't ask
Scars, Marks, tattoos - not seen
Nothing noted on penis size or otherwise.

  Wearing

OCPD Uniform.  Terri advised same uniform as the street officers.
OCPD badge

  Vehicle

Pointed to the officer's car and advised it was like there's.  They drove a 2010 Crown Victoria.
Thin light bar.
Nothing noted for numbers or distinguishing marks on the car.

It was not asked on what Terri was wearing that night.

It was noted of the secondary contact with Terri thereafter but him and Ofc. Williams did not go until after the fact.  Terri had caused a disturbance back at Sheldon's the way it was understood.  No new information given.

Ofc. Thomas advised he had no idea of how to reach Terri.  She just advised she was a transient and no real numbers or address's given.

Lt. Michelle Holland arrived to the scene and the entire story and above questions were gone over again.

```
===============================================================================
                    S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
===============================================================================
Reporting Officer: GREGORY, ROCK   Number: 001332   Date: 06/17/14   Time: 10:53
         Typed by: PDRG1332V       Number: RG1332   Date: 06/17/14   Time: 10:52
Approving Officer: MUZNY, TIMOTH   Number: 000909   Date: 07/24/14   Time: 13:24
```

OKC027839

```
================================================================================
                         S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/24/14  Time: 03:05            Case: 14-041539 (006)  Page: 4
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

This concluded our interview.

```
================================================================================
                         S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
================================================================================
Reporting Officer: GREGORY, ROCK   Number: 001332   Date: 06/17/14   Time: 10:53
         Typed by: PDRG1332V       Number: RG1332   Date: 06/17/14   Time: 10:52
Approving Officer: MUZNY, TIMOTH   Number: 000909   Date: 07/24/14   Time: 13:24
```

OKC027840