| | |
|---|---|
| **From:** | Bacy, Ron C |
| **To:** | Wenzel, Denise D |
| **Subject:** | FW: OLETS/MDC Search |
| **Date:** | Tuesday, May 27, 2014 10:59:35 AM |

I need your blessing for this.

---

**From:** Hill, Joseph B
**Sent:** Tuesday, May 27, 2014 10:43 AM
**To:** Bacy, Ron C
**Subject:** RE: OLETS/MDC Search

Ron,
I can also use AVL data if you have a specific date time and location with a major's or DC permission.

---

**From:** Bacy, Ron C
**Sent:** Tuesday, May 27, 2014 8:38 AM
**To:** Hill, Joseph B
**Subject:** OLETS/MDC Search

Joe,

Over the weekend, a woman made allegations against a police officer. Part of her story is the officer checked her for warrants. CIU checked back 30 days and does not have a record of running that subject on their computers. We are doing an offline search through OLETS. CIU advised this might not tell us if the person was run on their MDC. They felt you might have the capability to check for that information.

So, I need to know if you can determine if a subject was run on MDC's during a certain time frame using only the subject's information. Is this possible?

**Captain Ron C. Bacy**
Oklahoma City Police Department
Investigations Bureau
(405) 316-4993   (Office)
(405) 316-1133   (Fax)

EXHIBIT 17

OKC36366

**From:** Wenzel, Denise D
**To:** Jester, Tom T
**Subject:** FW: MDC Search
**Date:** Tuesday, May 27, 2014 2:01:00 PM
**Attachments:** Morris.pdf

FYI

**From:** Bacy, Ron C
**Sent:** Tuesday, May 27, 2014 1:06 PM
**To:** Muzny, Timothy A
**Cc:** Wenzel, Denise D
**Subject:** MDC Search

Joe Hill said the last time our victim was run by MDC was on April 11th. Sgt. J. Sellers ran her. At the time, his AVL shows he was in the 2200 block of NE 24th St. This is not the time frame nor the location of the allegation. CIU stated they have not run her within the past 30 days on any of their computers. I am just waiting on a reply from DPS on the offline OLETS search. I will update you when I get more information.

**Captain Ron C. Bacy**
Oklahoma City Police Department
Investigations Bureau
(405) 316-4993   (Office)
(405) 316-1133   (Fax)

OKC36356

| | |
|---|---|
| **From:** | Hill, Joseph B |
| **To:** | Wenzel, Denise D |
| **Subject:** | Scanned document from Hill, Joseph B <joe.hill@okc.gov> |
| **Date:** | Wednesday, May 28, 2014 1:06:13 PM |
| **Attachments:** | Sellers.pdf |

OKC36393

| | |
|---|---|
| **From:** | Bacy, Ron C |
| **To:** | Gregory, Rocky L |
| **Cc:** | Muzny, Timothy A |
| **Subject:** | Stuff |
| **Date:** | Friday, May 30, 2014 9:50:00 AM |
| **Attachments:** | Sellers Photo.jpg |
| | offline search OCPD TERRI MORRIS 052714.doc |
| | Holtzclaw.pdf |
| | Holtzclaw Photo.jpg |

**Captain Ron C. Bacy**

Oklahoma City Police Department

Investigations Bureau

(405) 316-4993   (Office)

(405) 316-1133   (Fax)

| | |
|---|---|
| **From:** | Wenzel, Denise D |
| **To:** | Bacy, Ron C; Muzny, Timothy A; Gregory, Rocky L |
| **Subject:** | FW: 2C45 AVL |
| **Date:** | Monday, June 2, 2014 12:20:00 PM |
| **Attachments:** | 2C45 050814 2053 CIU.wav |
| | 2C45 050814 2032 to 0902.jpg |
| | Scanned document from Hill Joseph B joe.hill@okc.gov.msg |
| | 2C45 050814 2032 to 2130 .msg |

Here's all of it together.

**From:** Hill, Joseph B
**Sent:** Monday, June 02, 2014 9:00 AM
**To:** Wenzel, Denise D
**Cc:** Bacy, Ron C
**Subject:** RE: 2C45 AVL

I attached a AVL map and CIU radio traffic.

**From:** Wenzel, Denise D
**Sent:** Thursday, May 29, 2014 4:47 PM
**To:** Hill, Joseph B
**Cc:** Wenzel, Denise D; Bacy, Ron C
**Subject:** 2C45 AVL

Joe,

The off line search shows our complainant was run on May 8th at 20:55 by 2C45 (D. Holtzclaw), through CIU. Can you please check his AVL for me for this date? Thanks