Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JANNIE LIGONS, SHANDAYREON HILL,)
TABATHA BARNES, TERRI MORRIS,   )
SYRITA BOWEN, CARLA JOHNSON,    )
KALA LYLES,                     )
                                )
         Plaintiffs,            )
                                )
-vs-                            ) CASE NO. CIV-16-184-HE
                                )
CITY OF OKLAHOMA CITY, a        )
municipal corporation,          )
DANIEL HOLTZCLAW, BILL CITTY,   )
BRIAN BENNETT, ROCKY GREGORY,   )
JOHN AND JANE DOES, all in      )
their individual capacity,      )
                                )
         Defendants.            )


VIDEOTAPED DEPOSITION OF

DENISE DONNA WENZEL

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON APRIL 29, 2019


REPORTED BY:  TRENA K. BLOYE, CSR

Page 28

1   meeting?
2       A   The chief has a monthly command staff meeting
3   on calendar.  A lot of times, you know, he's tied up on
4   other things and he'll need to cancel.
5       Q   Do you recall if there were any command staff
6   meetings regarding Mr. Holtzclaw?
7       A   That would not be discussed at command staff,
8   no.
9       Q   Why wouldn't that be discussed at command
10  staff?
11      A   Command staff, what we discuss is usually
12  things going on with the city, if there's going to be
13  budget cuts, you know, new case law that's been put in
14  place.  That's what we discuss at command staff.
15      Q   Could the chief decide to discuss whatever he
16  wants to have -- he or she wants to have discussed at
17  command staff?
18      A   He could.  But we wouldn't discuss a case in
19  open forum like that.
20      Q   And why not?
21      A   There would be no reason for it.  Whenever we
22  would look at a personnel issue like that we would be --
23  it would be between the detectives, the lieutenant, the
24  captain, myself, the deputy chief, and the chief.  You
25  know, that we would give updates.

1  make sure that everything was done that needed to be
2  done on that particular case and to give it the proper
3  closure.
4      Q   And what is the proper -- what does that mean
5  by proper closure?
6      A   It depends on the outcome of the case.  If it
7  was a -- if it was a case where charges were going to be
8  filed, then making sure that the case was presented to a
9  district attorney, whether or not charges were accepted.
10 If charges were declined, then making sure the proper
11 closure was in the records management system for the
12 closure, making sure the report was done.  If it was a
13 victim refusal, usually investigations are completed at
14 that point.  Detectives don't usually go much further
15 because they have other cases to focus on.
16     Q   So once a victim signs off on a refusal to
17 prosecute -- well, strike that.
18         Were you aware that before June 18, 2014,
19 Det. Gregory never had an interview -- did not interview
20 Mr. Holtzclaw?
21     A   Mr. Holtzclaw -- before June 18th, yes, because
22 he was not identified as a suspect at that point.
23     Q   Okay.  Now, how do you know -- why do you say
24 Mr. Holtzclaw was not identified as a suspect?
25     A   Because we had the location that she provided

1  at, what you're -- you know, it's still being
2  investigated so --
3      Q   (By Mr. Solomon-Simmons) Now, if we look at the
4  back of this document --
5      A   Yes.
6      Q   -- to your knowledge, prior to June 3rd, 2014,
7  Officer Jeff Dutton's name had not come up into the
8  investigation of Ms. Morris's allegation; correct?
9      A   To my knowledge, no.
10     Q   And to your knowledge Officer Dutton had no
11 known connection to the Morris investigation?
12     A   Not to my knowledge.
13     Q   And to your knowledge, prior to June 3rd, 2014,
14 Officer Greg Bell's name had not come up in the
15 investigation into Ms. Morris's allegations?
16     A   No.
17     Q   And to your knowledge officer Greg Bell had no
18 known connection to the Morris investigation?
19     A   That's correct.
20     Q   In fact, were you aware that Officer Bell was
21 not even working on May 20th or May 21st when Ms. Morris
22 reported her assault?
23     A   I have no knowledge of that.
24         MR. SMITH:  Object to the form.
25     Q   (By Mr. Solomon-Simmons) To your knowledge,

Denise Wenzel                                         April 29, 2019

Page 95

1  prior to June 3rd, 2014, Officer James Doyle's name had
2  not come up into the investigation into Ms. Morris's
3  allegation?
4        MR. SMITH:  Object to the form.
5   Q   (By Mr. Solomon-Simmons) Is that correct?
6   A   Not that I'm aware.
7   Q   Okay.  And to your knowledge Officer Doyle had
8  no known connection to the Morris investigation?
9   A   Not that I'm aware.
10  Q   And to your knowledge Officer Travis Veneer
11 name had not come up into the investigation of
12 Ms. Morris's allegation?
13  A   Correct.
14  Q   And to your knowledge Officer Veneer had no
15 known connection to the investigation?
16  A   Correct.
17  Q   And to your knowledge, prior to June 3rd, 2014,
18 Officer Mark Nelson's name had not come up into the
19 Morris allegations?
20  A   Correct.
21  Q   And to your knowledge Officer Mark Nelson had
22 no connection to the Morris investigation?
23  A   Correct.
24  Q   All right.  So that leaves Officer Holtzclaw.
25 And Officer Holtzclaw's name had come up in the

D&R REPORTING & VIDEO, INC.
(800)771-1500 / depo@drreporting.com

Denise Wenzel                                          April 29, 2019

Page 96

1   investigation of Terri Morris as of May 29, 2014;
2   correct?
3       A   His name had come up, but his stop with her was
4   at a different location on a different date, and he only
5   met some of the identifiers.  Because she specifically
6   said that it was the City Rescue Mission, and this stop
7   occurred at 24th and Lindsay on the east side of
8   Oklahoma City.
9       Q   And Officer -- Officer Holtzclaw was only one
10  of the two officers who had run Terri Morris's name in
11  the previous month; correct?
12      A   Two months.
13      Q   Two months; correct?
14      A   As far as I'm aware.
15      Q   And so it would make sense to you as an
16  experienced, above-average sex crimes investigator as
17  why Officer Holtzclaw was included in the photo lineup?
18      A   I don't know what Rocky was thinking at the
19  time.  It would not be reasonable for me to assume
20  anything.  So...
21      Q   Well, if you were investigating a case with
22  your immense experience as an investigator, what would
23  you have done with the information that you now have in
24  front of you that Mr. Holtzclaw had contact with
25  Ms. Morris and he is the only person that's involved in

1   Q   (By Mr. Solomon-Simmons) Were you aware that
2   Mr. Holtzclaw placed Ms. Campbell in his vehicle and
3   drove her from one location to another without notifying
4   Dispatch of his beginning and ending odometer reading?
5           MR. SMITH:  Object to the form.
6           MS. GOOCH:  Same objection.
7   A   I don't have any information on this.
8   Q   (By Mr. Solomon-Simmons) To your knowledge, the
9   first time that Holtzclaw's chain of command became
10  aware of the Terri Morris investigation was when?
11  A   It would have been after the Jannie Ligons
12  assault.
13  Q   To your knowledge when was the first time
14  anyone in the office of the chief became aware of the
15  Terri Morris investigation?
16  A   In the chief's office.
17  Q   Yes.
18  A   I notified Chief Kuhlman -- he's out of the
19  chief's office -- on the 27th.
20  Q   And Chief Kuhlman reports directly to the
21  chief?
22  A   He does, but I don't know when he would have
23  made the chief aware.  I don't -- I just don't know.
24  Q   Prior to June 18, 2014, did you communicate
25  with anyone from the Office of Professional Standards