

# OKLAHOMA CITY POLICE DEPARTMENT

## REFUSAL TO PROSECUTE

DATE: 6/3/14  CASE NUMBER: 14-4539

TO: OKLAHOMA CITY POLICE DEPARTMENT

I, Terri Lynn Morris (COMPLAINANT), OF 812 E Hill (ADDRESS)

DECLINE TO PROSECUTE _____ (DEFENDANT) FOR THE CRIME(S)

OF Rape / Forcible Oral Sodomy (CRIME/S) OF WHICH I AM THE VICTIM.

THE ABOVE CRIME(S) OCCURRED ON May (DATE) AT _____ (TIME)

AT New City Rescue Mission (LOCATION OF OFFENSE)

REASON FOR DECLINE: Too scared just want to get moving on at the end of month

SIGNATURE: Terri L Morris

WITNESSES: Rocky Gregory

701-COLCORD DRIVE-OKLAHOMA CITY, OKLAHOMA 73102

EXHIBIT 24