```
================================================================================
                      Standard    Supplement    Report
================================================================================
Reported Date: 05/24/14   Time: 03:05         Case: 14-041539 (009)   Page: 1
Code: 21-886 SS           Crime: CRIME A/NATUR Class:
Occurrence Date: 05/24/14-           Day: SATURDAY -        Time: 03:05-
Status: AS  ASSIGNED                 Closing Officer:
Location: DOWNTOWN OKLAHOMA CITY, OK                        RD: 2505

======================== INVOLVED PERSONS ======================================
VICTIM:      MORRIS TERRI LYNN              DOB: 08/03/1970  Race: B  Sex: F
      812 E. HILL ST., OK
      Apt:         State: OK  Zip: 73111    Phone: 405 505-4960    Adu/Juv: A
      POB: OKC, OK         Hair: BLK  Eye: BRO  Hgt: 503  Wgt: 126   Bld: SML
Business Name:
                                                            Phone:


======================= NARRATIVE ==============================================
```

First Detective Contact with Terri Lynn Morris - Victim

On 06/03/14 at 1900 hours, I was contacted by an informant 'Cal' who had been assisting in locating VI Morris. (It should be noted that all attempts by Detectives through canvass, phone calls, relative searches, etc.. did not reveal where Terri was located. Criminal Intel., Vice Unit, and the Gang Unit all also had been attempting to locate Terri with no luck.) Cal advised he had just found her at NE 26th and Urban League Ct. He had already contacted patrol and they had her in custody. I verified officers did come into contact with Terri Morris at this location.

I met with Officer Kyle Maly # 1752 at this location. He had detained Terri Morris. Ofc. Maly stated that Terri had been hitting her head on the cage and wanted to leave. Terri had only been detained for just a few minutes. I introduced myself to Terri and advised what I wanted to speak with her about. Terri immediately advised she did not want to go through with the investigation in regards to her sexual assault report on the unknown officer.

I advised Terri I was on her side and I wanted her to speak with me so I could assist her. I advised Terri that I work with female victims of sexual assault and I was there for her. I advised her I wanted to investigate this matter and if an officer assaulted her I wanted him to be found. I tried to assure her I was there for her and wanted to just speak with her briefly even just to gain some knowledge into what happened.

Terri was crying and kept saying she wanted to let it go. She advised she did not want to pursue this matter any further and would not cooperate in the investigation on the officer. Terri had advised she was scared of the officer even when I first came into contact with her.

After seeing Terri's reluctance I advised her that if she didn't want to pursue the matter she could fill out a Refusal to Prosecute form. Terri advised that she would sign that. I advised Terri I had one downtown at my office and not with me. I asked her if we could take her downtown and I could speak with her a little more. I also assured her that if she still wanted to sign the form she would be given the form to sign. I advised Terri we could also take her

```
================================================================================
                 Standard    Trailer  -  First    Page
================================================================================
Reporting Officer: GREGORY, ROCK   Number: 001332  Date: 06/18/14  Time: 08:58
        Typed by: PDRG1332V        Number: RG1332  Date: 06/18/14  Time: 08:58
Approving Officer: MUZNY, TIMOTH   Number: 000909  Date: 07/24/14  Time: 13:25
```

EXHIBIT 25

OKC027845

```
================================================================================
                    Standard   Continuation   Page
================================================================================
Reported Date: 05/24/14   Time: 03:05         Case: 14-041539 (009)   Page: 2
Code: 21-886 SS           Crime: CRIME A/NATUR Class:
```

back to wherever she wanted to go afterwards. Terri agreed to be transported to Police Headquarters at that time by Ofc. Maly. I followed in my police car as well.

Terri was taken to the OCPD Sex Crimes office to the interview room. I contacted Lt. T. Muzny and informed him of the situation. The following was DVD recorded:

Terri advised me right after she seen me she just wanted to get the investigation over. I got the form for her as per her request. I then began to ask Terri some initial questions.

Terri advised that she has been diagnosed as being a paranoid schizophrenic with depressive features. Terri also has been diagnosed as having PTSD. She does take medication for this but isn't on any at this time. She does not take them for financial reasons.

I tried to ease Terri into some questions over what happened during the incident in question. Terri said she had been in Woodward Oklahoma's Mental Health unit. She returned to OKC and had gone to a Rehab center in OKC. Terri would not specify which one exactly. As soon as I began to ask the next question she became aggravated and said she did not want to answer any more questions.

Terri advised she came to sign the refusal but not talk about the incident. I tried to relay to Terri how the police department was on her side. I advised Terri that the department does not want officers doing these criminal acts. I advised her we have investigated officers in the past and they have had to face their crimes. I tried to get Terri to understand we didn't want to just let this issue go. Terri would just state she just didn't want to go through with charges or the investigation.

I would speak about other things for a minute and come back to any new information. Terri could not say if she was two blocks from the City Rescue Mission when the incident happened. It was possible she was two blocks away. She would not state which way and again she became agitated. She said she was dropped off by some red brick buildings but had no idea where. I tried to get her to tell me what she seen but she would not cooperate.

I tried to get Terri to give even just a little more information on what happened and even the officer. I begged her to cooperate for reasons concerning her and the health of the public. I tried to get Terri to look at a photo lineup of possible candidates. These photos were to be used as an investigative tool. (These photos will be held in case file.)

Terri began to get very upset demanding not to see the photos. Terri advised she had no desire or want to see the photos and wanted to let the investigation go. I tried to get Terri to think of any other possible victims that could be prevented. Terri told me not to put that on her and she has to do what's best for her and that is not to speak about this matter. Terri said she was trying to move to California with family. Terri would not give me any new contact

```
================================================================================
                    Standard   Trailer   -   Continuation
================================================================================
Reporting Officer: GREGORY, ROCK    Number: 001332   Date: 06/18/14   Time: 08:58
         Typed by: PDRG1332V        Number: RG1332   Date: 06/18/14   Time: 08:58
Approving Officer: MUZNY, TIMOTH    Number: 000909   Date: 07/24/14   Time: 13:25
```

```
================================================================================
                    S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/24/14  Time: 03:05           Case: 14-041539 (009)   Page: 3
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

information outside of her grandmother's phone and information which was already documented.

I offered Terri even the opportunity to speak with a female detective. Terri advised if she spoke of this matter she would speak about it with me. Terri was appreciative of my concern. I told Terri she could contact the police department or me any time. Information was given to her for contact.

Terri then filled out the refusal to prosecute. Terri advised in her reason for decline, "Too scared just want to let it go moving in out of town at the end of month". Signed Terri L Morris.

Terri then was transported by Ofc. Maly back to her area of request.

End of First Contact.

For any discrepancies see archived DVD recording of interview.

```
================================================================================
                    S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
================================================================================
Reporting Officer: GREGORY, ROCK    Number: 001332  Date: 06/18/14  Time: 08:58
        Typed by: PDRG1332V         Number: RG1332  Date: 06/18/14  Time: 08:58
Approving Officer: MUZNY, TIMOTH    Number: 000909  Date: 07/24/14  Time: 13:25
```