Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

JANNIE LIGONS, SHANDAYREON HILL,   )
TABATHA BARNES, TERRI MORRIS,      )
SYRITA BOWEN, CARLA JOHNSON,       )
KALA LYLES,                        )
                                   )
        Plaintiffs,                )
                                   )No.
vs.                                )CIV-16-184-HE
                                   )
CITY OF OKLAHOMA CITY, a municipal )
corporation, DANIEL HOLTZCLAW,     )
BILL CITTY, BRIAN BENNETT, ROCKY   )
GREGORY, JOHN AND JANE DOES, all   )
in their individual capacity,      )
                                   )
        Defendants.                )

VIDEOTAPED DEPOSITION OF TERRI MORRIS

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON DECEMBER 13, 2018

REPORTED BY:  KAREN B. JOHNSON, CSR

Terri Morris                                              December 13, 2018

```
                                                              Page 7
 1                      TERRI MORRIS,
 2   after having been first duly sworn at 1:36 p.m.
 3   deposes and says in reply to the questions
 4   propounded as follows, to wit:
 5                   DIRECT EXAMINATION
 6   BY MS. GOOCH:
 7        Q    Ms. Morris, my name is Ambre Gooch.
 8        A    Yes.
 9        Q    You sat through a deposition of Ms. Lyles
10   earlier this morning; is that correct?
11        A    Yes, ma'am.
12        Q    Were you here for the entirety from the
13   beginning to end of her deposition?
14        A    Yes, ma'am.
15        Q    Okay.  So you've kind of seen how the
16   process goes, all right?
17        A    Yes, ma'am.
18        Q    If at any time, though, you have a
19   question for your attorney, you want to take a
20   break, just let us know and we're happy to do that.
21        A    Okay.
22        Q    If you need a break just to get up, move
23   around, get some fresh air, please tell me.  I don't
24   think I'm going to take a whole lot of time, just
25   like I didn't with Ms. Lyles, but I want you to feel
```

```
 1   one I'm talking about is just going to be Number 12,
 2   so you could use one, two or three, or the original
 3   one, two or three, but -- but I'm introducing the
 4   third amended, and I'm sorry, I've lost my numbers.
 5   6.
 6           MR. JOHNSON:  That was 6?
 7           MR. SMITH:  Yes, sir.  Here, no, I forgot,
 8   you're --
 9           MR. HALL:  Thank you.
10      Q    (By Mr. Smith)  Would you look at Count
11   12.
12           MR. SOLOMON-SIMMONS:  It's the third page.
13           THE WITNESS:  Okay.
14           MR. SOLOMON-SIMMONS:  The next one.
15      Q    (By Mr. Smith)  Do you see it's alleged
16   that on May 8th, 2014, Holtzclaw violated you,
17   ma'am?
18      A    Yeah.
19      Q    Do you know how the date May 8th was
20   arrived at?
21      A    I wasn't -- I wasn't -- it wasn't May the
22   8th when I was violated, I was violated three or
23   four days before I reported it.
24      Q    Okay.  Ma'am, do you understand that the
25   reason we picked May 8th was because that's the date
```