```
================================================================================
                    S t a n d a r d   S u p p l e m e n t   R e p o r t
================================================================================
Reported Date: 05/24/14  Time: 03:05         Case: 14-041539 (013)  Page: 1
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
Occurrence Date: 05/24/14-      Day: SATURDAY -         Time: 03:05-
Status: AS  ASSIGNED            Closing Officer: 001496 HIGGINBOTTOM,
Location:  DOWNTOWN OKLAHOMA CITY, OK                   RD: 2505

======================= NARRATIVE ==============================================
Case # 14-49050
```

| | |
|---|---|
| Interviewee: | Daniel Holtzclaw |
| Interviewer: | Detective Kim Davis |
| | Detective Rocky Gregory |
| Location: | 701 Colcord |
| Date/Time: | 06/18/14 --- 1630 |

(INITIAL CONVERSATION BEGINS OUTSIDE OF INTERVIEW ROOM)

| | |
|---|---|
| DET. ROCKY GREGORY: | "Welcome to our domain. Now, what's your first name?" |
| DANIEL HOLTZCLAW: | "Daniel." |
| DET. ROCKY GREGORY: | "Daniel, okay." |

(DET. ROCKY GREGORY AND DANIEL HOLTZCLAW ENTER ROOM)

| | |
|---|---|
| DET. ROCKY GREGORY: | "Daniel, just have a seat in here." |
| DANIEL HOLTZCLAW: | "Okay." |
| DET. ROCKY GREGORY: | "And" |
| DANIEL HOLTZCLAW: | "Which seat would you like me in?" |
| DET. ROCKY GREGORY: | "You got to piss or anything? You can have a seat there. That's probably the one." |
| DANIEL HOLTZCLAW: | "I can hold it. I'm not aI'm just" |
| DET. ROCKY GREGORY: | "Alright, I'm going to run right on out. Uh, whatever's more comfortable, man." |
| DANIEL HOLTZCLAW: | "Okay." |
| DET. ROCKY GREGORY: | "That'll work." |

(DET. ROCKY GREGORY EXITS ROOM. DET. KIM DAVIS ENTERS ROOM)

| | |
|---|---|
| DET. KIM DAVIS: | "Huh, no chair for me. Let me bring a chair." |
| DANIEL HOLTZCLAW: | "There's" |

```
================================================================================
                    S t a n d a r d   T r a i l e r  -  F i r s t   P a g e
================================================================================
Reporting Officer: GREGORY, ROCK  Number: 001332  Date: 07/24/14  Time: 13:30
       Typed by: MUZNYTA          Number: 909     Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH  Number: 000909  Date: 08/26/14  Time: 14:23
```

```
=================================================================
                  S t a n d a r d   C o n t i n u a t i o n   P a g e
=================================================================
Reported Date: 05/24/14  Time: 03:05         Case: 14-041539 (013)  Page: 25
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

DANIEL HOLTZCLAW:        "Right."

DET. ROCKY GREGORY:      "or do we just go off of what we see and, and, I mean, whatever this tests out as."

DANIEL HOLTZCLAW:        "Right."

DET. ROCKY GREGORY:      "Okay.  But"

DANIEL HOLTZCLAW:        "Sir, I'm, I'm sticking with my story.  I'm, I'm"

DET. KIM DAVIS: "Okay, okay.  On the video are we going to see her boobies?"

DANIEL HOLTZCLAW:        "You shouldn't see her boobs.  I didn't see her boobs."

DET. KIM DAVIS: "Okay.  Are we going to see her pull her pants down?"

DANIEL HOLTZCLAW:        "I didn't see her pull her pants down."

DET. KIM DAVIS: "Okay.  Are we going to see your penis out?"

DANIEL HOLTZCLAW:        "No."

DET. KIM DAVIS: "Are we going to see your penis go in her mouth?"

DANIEL HOLTZCLAW:        "No."

DET. KIM DAVIS: "Are we going to get any DNA to that?"

DANIEL HOLTZCLAW:        "No."

DET. ROCKY GREGORY:      "Let's switch up for a second.  You had another girl, okay?"

DANIEL HOLTZCLAW:        "Um hum."

DET. ROCKY GREGORY:      "You probably don't - not necessarily going to remember the name, but her name is Terri Morris, okay - black female.  Uh, supposedly you promised her a ride to the City Rescue Mission.  This ring a bell?"

DANIEL HOLTZCLAW:        "No."

DET. ROCKY GREGORY:      "You did a, a traffic stop with her.  Uh, she thought you ran her for warrants.  Is that clicking?  You drove her around."

DANIEL HOLTZCLAW:        "Hum um."

DET. ROCKY GREGORY:      "No?"

DANIEL HOLTZCLAW:        "That name doesn't - I don't recall a name like that."

```
=================================================================
                  S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
=================================================================
Reporting Officer: GREGORY, ROCK   Number: 001332   Date: 07/24/14  Time: 13:30
        Typed by: MUZNYTA          Number: 909      Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH   Number: 000909   Date: 08/26/14  Time: 14:23
```

```
================================================================================
                   S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/24/14  Time: 03:05            Case: 14-041539 (013)  Page: 26
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

DET. ROCKY GREGORY:     "Okay. Well, she's claiming the same thing - the exact same thing. And here again, for whatever reason, things are pointing at you again."

DANIEL HOLTZCLAW:       "Right."

DET. ROCKY GREGORY:     "Now, this was before even this incident this morning. Traffic stop, not logged in - all that stuff."

DANIEL HOLTZCLAW:       "This morning?"

DET. ROCKY GREGORY:     "No, no this has been a little bit ago."

DANIEL HOLTZCLAW:       "Okay."

DET. ROCKY GREGORY:     "This was here just a couple weeks ago."

DANIEL HOLTZCLAW:       "Okay."

DET. ROCKY GREGORY:     "Okay? Anything?"

DANIEL HOLTZCLAW:       "I don't"

DET. ROCKY GREGORY:     "Do you remember, do you remember stopping?"

DANIEL HOLTZCLAW:       "I don't recall a name of Terri Morris."

DET. ROCKY GREGORY:     "Okay."

DET. KIM DAVIS: "Well, I wouldn't remember a name."

DET. ROCKY GREGORY:     "Right. How about black female, downtown, City Rescue Mission? That's why I was trying to jog your memory."

DANIEL HOLTZCLAW:       "I haven't been to a City Rescue Mission."

DET. ROCKY GREGORY:     "I didn't say you made it there."

DANIEL HOLTZCLAW:       "I don't"

DET. KIM DAVIS: "Have you promised anybody a ride to the City Rescue Mission?"

DANIEL HOLTZCLAW:       "I haven't asked anyone - anyone ask me to the City Rescue Mission."

DET. KIM DAVIS: "Now, she didn't have to ask you. Did you offer to take anybody to the City Rescue Mission?"

DANIEL HOLTZCLAW:       "No, I don't offer anyone, because I don't like going there to be honest with you. I don't"

```
================================================================================
                   S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
================================================================================
Reporting Officer: GREGORY, ROCK  Number: 001332  Date: 07/24/14  Time: 13:30
       Typed by:   MUZNYTA        Number: 909     Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH  Number: 000909  Date: 08/26/14  Time: 14:23
```

OKC027877

```
================================================================================
              S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/24/14  Time: 03:05         Case: 14-041539 (013)   Page: 62
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

Would you rather get a blow job or do it in the hoo-haw?"

DANIEL HOLTZCLAW:        "Do it - me take it in the?"

DET. KIM DAVIS: "No - you give it in the hoo-haw or get a blow job."

DANIEL HOLTZCLAW:        "Uh, sex."

DET. KIM DAVIS: "Sex?  What about anal sex?"

DANIEL HOLTZCLAW:        "No, I don't like that way."

DET. KIM DAVIS: "You don't?  Okay."

DET. ROCKY GREGORY:      "Okay."

DET. KIM DAVIS: "Well, let's step out."

DET. ROCKY GREGORY:      "I had some questions about some midgets, but I guess I'll leave that alone."

DET. KIM DAVIS: "Have you ever had sex with a dude?"

DANIEL HOLTZCLAW:        "I have never had sex with a man."

DET. KIM DAVIS: "Have you ever wanted to?"

DANIEL HOLTZCLAW:        "I do not.  I do not want to mess with a guy."

DET. ROCKY GREGORY:      "Alright."

(DET. KIM DAVIS AND DET. ROCKY GREGORY EXIT ROOM AND THEN RE-ENTER A SHORT TIME LATER)

DET. ROCKY GREGORY:      "Okay, thanks."

DET. KIM DAVIS: "We pow-wow and then we keep you."

DET. ROCKY GREGORY:      "Alright, that gal I was talking about that - Terri Morris - the one I - the other, the other person, okay"

DANIEL HOLTZCLAW:        "Okay."

DET. ROCKY GREGORY:      "who's saying the same thing, okay?  Like I say, it was downtown.  She was walking, okay?"

DANIEL HOLTZCLAW:        "Um hum."

DET. ROCKY GREGORY:      "So when I say a stop, that's, you know, you see"

DANIEL HOLTZCLAW:        "Right."

```
================================================================================
                S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
================================================================================
Reporting Officer: GREGORY, ROCK  Number: 001332  Date: 07/24/14  Time: 13:30
         Typed by: MUZNYTA        Number: 909     Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH  Number: 000909  Date: 08/26/14  Time: 14:23
```

```
================================================================================
                     S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/24/14  Time: 03:05           Case: 14-041539 (013)  Page: 63
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

DET. ROCKY GREGORY:       "like a voluntary contact thing."

DANIEL HOLTZCLAW:         "Right."

DET. ROCKY GREGORY:       "Okay, here - think of a cross between - this is one picture and this is her. Does she look familiar?"

DANIEL HOLTZCLAW:         "No."

DET. ROCKY GREGORY:       "No?"

DANIEL HOLTZCLAW:         "Hum um."

DET. ROCKY GREGORY:       "Now you stopped her, for sure, and ran her"

DANIEL HOLTZCLAW:         "Okay."

DET. ROCKY GREGORY:       "on a different day. It was May 8th."

DANIEL HOLTZCLAW:         "Okay."

DET. ROCKY GREGORY:       "Okay, you sure she doesn't look familiar at all?"

DANIEL HOLTZCLAW:         (Shakes head no)

DET. ROCKY GREGORY:       "Now, when you stopped her - you know, over at the Liberty Apartment area?"

DANIEL HOLTZCLAW:         "Um hum."

DET. ROCKY GREGORY:       "Okay, that's where you stopped her on May 8th."

DANIEL HOLTZCLAW:         "Okay."

DET. ROCKY GREGORY:       "Okay, now does that ring a bell at all?"

DANIEL HOLTZCLAW:         "No, it doesn't."

DET. ROCKY GREGORY:       "Okay. Alright. Now, you ran her then, okay? Now, she says that, uh, you stopped her later on, like I say, later on in the month. It was more kind of a downtown area. Does that ring a bell at all?"

DANIEL HOLTZCLAW:         "I don't recall any of those pictures. I don't recall any of that."

DET. ROCKY GREGORY:       "Okay."

DANIEL HOLTZCLAW:         "I don't ever go downtown besides if I go to the gas station or County or Headquarters."

```
================================================================================
                     S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
================================================================================
Reporting Officer: GREGORY, ROCK  Number: 001332   Date: 07/24/14  Time: 13:30
        Typed by: MUZNYTA         Number: 909      Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH  Number: 000909   Date: 08/26/14  Time: 14:23
```

OKC027914

```
===============================================================================
                  S t a n d a r d   C o n t i n u a t i o n   P a g e
===============================================================================
Reported Date: 05/24/14   Time: 03:05        Case: 14-041539 (013)  Page: 64
Code: 21-886 SS           Crime: CRIME A/NATUR Class:
```

DET. ROCKY GREGORY:     "Off-duty jobs - where, where do you work off-duty?"

DANIEL HOLTZCLAW:       "I don't, I don't have an off-duty.  All I have is courtesy officer at my apartment."

DET. ROCKY GREGORY:     "Okay.  So besides Valero and maybe County"

DANIEL HOLTZCLAW:       "Maybe Viper here and there - maybe."

DET. ROCKY GREGORY:     "Okay."

DANIEL HOLTZCLAW:       "That's within our"

DET. ROCKY GREGORY:     "Were you?"

DANIEL HOLTZCLAW:       "on-duty."

DET. ROCKY GREGORY:     "But you're running Viper out of Springlake?"

DANIEL HOLTZCLAW:       "Out of Springlake."

DET. ROCKY GREGORY:     "Okay.  Alright.  Uh, you ever - with your car you ever go visit anybody - any buddies - anything like that or?"

DANIEL HOLTZCLAW:       "No."

DET. ROCKY GREGORY:     "Shopping?  Anything?"

DANIEL HOLTZCLAW:       "No."

DET. ROCKY GREGORY:     "Okay.  Why, why would - and granted you're not even recalling her on the May 8th."

DANIEL HOLTZCLAW:       "Right."

DET. ROCKY GREGORY:     "Okay, uh, but that's - I just wanted you to have a frame of mind of who's, who's making this, uh, these statements against you."

DANIEL HOLTZCLAW:       "Okay."

DET. ROCKY GREGORY:     "And it's the exact same thing, too.  You know?  Uh, you stop her, have her sit in the backseat, run her for warrants, then you have her - get her out."

DANIEL HOLTZCLAW:       "Um hum."

DET. ROCKY GREGORY:     "Okay, unzip the pants.  I mean, on and on and on we can go through"

DET. KIM DAVIS: "I mean, it's"

```
===============================================================================
                  S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
===============================================================================
Reporting Officer: GREGORY, ROCK  Number: 001332  Date: 07/24/14  Time: 13:30
        Typed by: MUZNYTA         Number: 909     Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH  Number: 000909  Date: 08/26/14  Time: 14:23
```

```
===================================================================
                   Standard  Continuation  Page
===================================================================
Reported Date: 05/24/14  Time: 03:05        Case: 14-041539 (013)  Page: 65
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

DET. ROCKY GREGORY:    "It's to a T of this one."

DET. KIM DAVIS: "It's exactly the same."

DANIEL HOLTZCLAW:    "I don't recall any of those people. I don't think I recognize those people."

DET. KIM DAVIS: "What if you could recall?"

DET. ROCKY GREGORY:    "Well, it's the same one. This is the same one. I'm just showing you a picture of"

DET. KIM DAVIS: "Of, of how she's changed."

DET. ROCKY GREGORY:    "Yeah, how this has changed, okay."

DET. KIM DAVIS: "But it's the same girl."

DET. ROCKY GREGORY:    "It's two different time periods, but she looks kind of in-between. It's the same girl."

DANIEL HOLTZCLAW:    "Okay."

DET. ROCKY GREGORY:    "Okay? Still nothing - even vaguely?"

DANIEL HOLTZCLAW:    (Shakes head no)

DET. ROCKY GREGORY:    "She's always on the Northeast side. You know"

DANIEL HOLTZCLAW:    "Hum um."

DET. ROCKY GREGORY:    "23rd and, and Kelley - 36th and Kelley?"

DANIEL HOLTZCLAW:    "No."

DET. ROCKY GREGORY:    "Alright, but she's - I mean, she's described you to a T."

DANIEL HOLTZCLAW:    "Okay."

DET. ROCKY GREGORY:    "Okay and, like I say, I mean, it's everything, everything, you know? You don't remember her? Even, even forget what she's saying."

DANIEL HOLTZCLAW:    (Shakes head no)

DET. ROCKY GREGORY:    "You don't remember having - offering a ride to the, to the shelter?"

```
===================================================================
                Standard  Trailer - Continuation
===================================================================
Reporting Officer: GREGORY, ROCK  Number: 001332  Date: 07/24/14  Time: 13:30
       Typed by: MUZNYTA          Number: 909     Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH  Number: 000909  Date: 08/26/14  Time: 14:23
```

OKC027916

```
================================================================================
                     S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/24/14  Time: 03:05         Case: 14-041539 (013)  Page: 66
Code: 21-886 SS          Crime: CRIME A/NATUR Class:
```

DANIEL HOLTZCLAW: "I run in contact with a lot of people, especially at Liberty Station. That's where I patrol. That's my area as Charlie 3, like my sector. I go there all the time."

DET. KIM DAVIS: "Where is that - just because I don't know?"

DANIEL HOLTZCLAW: "26th and Lindsey area."

DET. KIM DAVIS: "Okay."

DANIEL HOLTZCLAW: "So, I don't, I don't bring anyone to the shelter. I don't - if I was asked, I would be like, 'Find another way.' I don't - I haven't brought anyone to the shelter."

DET. KIM DAVIS: "Yeah, but you - it's a good way to get somebody in the car."

DANIEL HOLTZCLAW: "It is."

DET. ROCKY GREGORY: "Do you remember having contact with a female like that age, okay, uh, that, you know, said she was going from the shelter for a rehab center - even saying, you know, you would take her?"

DANIEL HOLTZCLAW: "I don't."

DET. ROCKY GREGORY: "Driving her around - anything like that?"

DANIEL HOLTZCLAW: "I don't."

DET. ROCKY GREGORY: "Okay. Do you ever - every time you have a female in the back do you go 10-14 or you just kind of zip on over?"

DANIEL HOLTZCLAW: "No, I don't. Usually it's - all the times if I do you're supposed to say - policy - you're supposed to let dispatch know."

DET. KIM DAVIS: "Okay, who cares about policy right now? Because we don't"

DANIEL HOLTZCLAW: "Right."

DET. KIM DAVIS: "at this point. Do you do the mileage and do all that or?"

DANIEL HOLTZCLAW: "I can't - here and there."

DET. KIM DAVIS: "Sometimes you don't?"

DANIEL HOLTZCLAW: "Sometimes I don't."

DET. KIM DAVIS: "Okay."

DET. ROCKY GREGORY: "Okay."

DANIEL HOLTZCLAW: "Sometimes I don't."

```
================================================================================
                     S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
================================================================================
Reporting Officer: GREGORY, ROCK    Number: 001332  Date: 07/24/14  Time: 13:30
       Typed by:  MUZNYTA           Number: 909     Date: 07/24/14  Time: 13:34
Approving Officer: MUZNY, TIMOTH    Number: 000909  Date: 08/26/14  Time: 14:23
```

OKC027917