## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANNIE LIGONS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. CIV-16-184-HE |
| CITY OF OKLAHOMA CITY, a municipal corporation, et al., | ) ) ) ) |
| Defendants. | ) ) |

### JOINT STATEMENT REGARDING PLAINTIFFS' MOTION TO COMPEL DIRECTED TO BRIAN BATES

Pursuant to this Court's December 31, 2019, Order (Doc. No. 248), the Parties: Plaintiffs Jannie Ligons, Shardayreon Hill, Terri Morris, Carla Johnson, Kala Lyles, and non-party Brian Bates submit this joint statement identifying the time and location of the in-person conference, the identity of counsel participating, and a statement as to any issues remaining for resolution by the court.

Counsel for Plaintiffs, Melvin C. Hall, and counsel for non-party, R. Scott Adams, met in-person on Wednesday, January 7, 2020 at the office of R. Scott Adams for the purpose of addressing and resolving all outstanding issues associated with the subpoena directed to Brian Bates. As a result of this meeting, subsequent communications, and emails exchanged between the parties, a resolution of all outstanding issues was obtained.

Therefore, the parties request that the hearing scheduled for Monday, January 13, 2020 at 3:00 pm. in courtroom number 303 be stricken as moot.

Respectfully submitted,

| | |
|---|---|
| RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS, P.C. | ADAMS & ASSOCIATES, P.C. |
| s/*Melvin C. Hall* | s:/R. Scott Adams |
| Melvin C. Hall, OBA # 3728 | (signed by filing party with permission) |
| 528 NW 12th Street | R. SCOTT ADAMS – OBA #13003 |
| Oklahoma City, OK 73103 | 401 N. Hudson Avenue, Suite 100 |
| (405) 843-9909—Office | Oklahoma City, Oklahoma 73102 |
| (405) 842-2913—Fax | (405) 232-9100 |
| Email: mhall@riggsabney.com | (405) 232-9114 (Fax) |
| | sadams@scottadamslaw.com |
| Attorney for Plaintiffs Ligons, Hill, Johnson, Morris & Lyles | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I filed the above document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

s/*Melvin C. Hall*