# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TABATHA BARNES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. CIV-16-0184-HE |
| ) | |
| CITY OF OKLAHOMA CITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Counsel for plaintiff and Mr. Bates have informed the court that all outstanding issues between the parties have been resolved. Accordingly, the hearing scheduled for Monday, January 13, 2020, is **STRICKEN** as moot.

**IT IS SO ORDERED**.

Dated this 10th day of January, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE