# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| 1. JANNIE LIGONS | ) | |
| 2. SHANDAYREON HILL | ) | |
| 3. TABATHA BARNES | ) | |
| 4. TERRI MORRIS | ) | |
| 5. SYRITA BOWEN | ) | |
| 6. CARLA JOHNSON | ) | |
| 7. KALA LYLES | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. CIV-16-184-HE |
| | ) | |
| v. | ) | |
| | ) | |
| 1. CITY OF OKLAHOMA CITY, | ) | |
| a municipal corporation | ) | |
| 2. DANIEL HOLTZCLAW | ) | |
| 3. BILL CITTY | ) | |
| 4. BRIAN BENNETT | ) | |
| 5. ROCKY GREGORY | ) | |
| 6. JOHN AND JANE DOES, | ) | |
| All in their individual capacity. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' SECOND AMENDED NOTICE TO TAKE DEPOSITION OF BILL CITTY**

You are hereby notified that Plaintiffs Jannie Ligons, Shandayreon Hill, Terri Morris, Carla Johnson, and Kala Lyles will take the deposition of Bill Citty on February 19, 2020 at 9:30 a.m., at D&R Reporting and Video, Inc. located at 400 N. Walker Ave # 160, Oklahoma City, OK 73102.

The deposition will be taken upon oral examination before a qualified court reporter and videographer, and will continue from day to day until completed.

Respectfully submitted,

**RIGGS, ABNEY, NEAL TURPEN,
 ORBISON & LEWIS, PC**

*s/ Melvin C. Hall*
 Melvin C. Hall, OBA #3728
528 NW 12th Street
Oklahoma City, OK 73103
(405) 843-9909—Office
(405) 842-2913—Fax
mhall@riggsabney.com

Kymberli J. M. Heckenkemper, OBA # 33524
502 W. 6th St.
Tulsa, OK 74119
(918) 587-3161—Office | (918) 587-9708—Fax
kheckenkemper@riggsabney.com

SOLOMON SIMMONS LAW, P.L.L.C.
Damario Solomon-Simmons, OBA # 20340
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
(918) 551-8999—Office | (918) 582-6106—Fax
dss@solomonsimmons.com

PARKS & CRUMP, P.L.L.C
Benjamin L. Crump, FL Bar # 72583
122 S. Calhoun St.
Tallahassee, FL 32301
bcrump@parkscrump.com

ATTORNEYS FOR PLAINTIFFS LIGONS,
HILL, JOHNSON, MORRIS & LYLES

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, I filed the above document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

*s/ Melvin C. Hall*